**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **AfterShock Comics, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2526829** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**15030 Ventura Blvd. #587**<br>**Sherman Oaks, CA 91403**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **Aftershockcomics.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5111**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Rive Gauche Television** | Relationship | **Affiliate** |
| District | **Bankr. C.D. Cal.** When | Case number, if known | **TBD** |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **AfterShock Comics, LLC** Case number (*if known*)
Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **AfterShock Comics, LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/18/22
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

**Jonathan Kramer**
Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

X [signature]
Signature of attorney for debtor

Date 12/19/2022
MM / DD / YYYY

**David L. Neale 141225**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone **(310) 229-1234** Email address **dln@lnbyg.com**

**141225 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name **AfterShock Comics, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO**

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AS Comics LTD<br>23 High St<br>Pewsey Wiltshire, England SN9 5AF** | | **Distribution agreement** | **Contingent<br>Unliquidated** | | | **$514,326.00** |
| **Imprimerie L'Empreinte<br>4177 Boulevard Industriel<br>Laval, QC, Canada H7L0G7** | | **printing services** | | | | **$398,887.00** |
| **Tri Vision Int'l Inc.<br>3807 Wilshire Blvd., Suite 1109<br>Los Angeles, CA 90010** | | **professional services** | | | | **$118,399.00** |
| **David Sigurani-Sigu Sauce Inc<br>3226 Manitou Ave<br>Los Angeles, CA 90031** | | **Contractor services** | | | | **$78,000.00** |
| **Transcontinental<br>Bolte Postale 11276<br>Succ. Centre-ville<br>Montreal, QC, Canada H3C 5G9** | | **professional services** | | | | **$60,975.00** |
| **Sacker Entertainment Law PC<br>12100 Wilshire Blvd Suite 1540<br>Los Angeles, CA 90025** | | **legal services** | | | | **$34,500.00** |
| **Ziffren Brittenham, LLP<br>1801 W. Century Park<br>Los Angeles, CA 90067** | | **legal services** | | | | **$31,250.00** |

Debtor **AfterShock Comics, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Imprimerie Solisco Inc.<br>120, 10e Rue<br>Scott, QC, Canada GOS3GO** | | **printing services** | | | | **$29,263.00** |
| **PublicHaus Communications LLC<br>8306 Wilshire Blvd #4002<br>Los Angeles, CA 90211** | | **professional services** | | | | **$25,000.00** |
| **Fidelitas Development<br>2869 Historic Decatur Rd<br>San Diego, CA 92016** | | **professional services** | | | | **$21,025.93** |
| **Mattia Monaco<br>Vicende Street 12<br>San Massimo (CB), Italy 86027-0000** | | **professional services** | | | | **$18,000.00** |
| **Rose Snyder & Jacobs LLP<br>15821 Ventura Blvd., Suite 490<br>Encino, CA 91436** | | **professional services** | | | | **$17,435.00** |
| **San Diego Comic Convention<br>San Diego Comic Convention<br>P.O. Box 128458<br>San Diego, CA 92112** | | **professional services** | | | | **$17,000.00** |
| **Emilio Pilliu -- Arancia<br>piazza San Carlo, 206 -10121 Torino Italy, P. IVA: 10550250012** | | **professional services** | | | | **$15,500.00** |
| **Alberto Locatelli - Arancia Studio<br>piazza San Carlo, 206 -10121 Torino Italy, P. IVA: 10550250012** | | **professional services** | | | | **$15,000.00** |
| **Manatt, Phelps & Phillips, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067** | | **legal services** | | | | **$13,476.00** |

Debtor **AfterShock Comics, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Inaki Miranda Paniagua Calle San Ildefonso 10 -bajo dcha Madrid, Spain 28012-0000** | | **professional services** | | | | **$10,010.00** |
| **American Express P.O. Box 360001 Ft. Lauderdale, FL 33336-0001** | | **credit card debt** | | | | **$9,963.00** |
| **Damian Couceiro Tucuman 3764 Rosario, Santa Fe, Argentina 02000-0000** | | **professional services** | | | | **$8,800.00** |
| **Mark Englert 37541 Starcrest St. Palmdale, CA 93550** | | **professional services** | | | | **$8,600.00** |

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**David L. Neale 141225**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234**
California State Bar Number: **141225 CA**
**dln@lnbyg.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO**

In re:

**AfterShock Comics, LLC**

Debtor(s).

CASE NO.:
CHAPTER: **11**

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 27 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 12/19/2022 ______________________ Signature of Debtor 1

Date: ______________________ Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ______________________ Signature of Attorney for Debtor (if applicable)

AfterShock Comics, LLC
15030 Ventura Blvd. #587
Sherman Oaks, CA 91403

David L. Neale
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034

U.S. Trustee San Fernando Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017

Access Road Capital LLC
238 Cedar Ave,
Hewlett, NY 11557

Alberto Alburquerque
Sector Embarcaciones 10 9C
Tres Candos
Madrid, Spain 28760-0000

Alberto Locatelli - Arancia Studio
piazza San Carlo, 206 -10121 Torino
Italy, P. IVA: 10550250012

Alex Cormack
P.O. Box 1062
Chester, VT 05143

Alex Pruett
5064 Royal Palms Way
Apt #203
New Port Richey, FL 34652

Alex Segura
6040 Lefferts Blvd 1G
Kew Gardens, NY 11415

American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336-0001

Amnesia Inc.
101 California Ave., Suite 902
Santa Monica, CA 90403

Andrea Mutti
Ocean29 SRQ LLC
3388 Ramblewood Dr S. 10-B 4
Sarasota, FL 34237

Andrea Olimpieri
Via Pietro manzi 40
Civitavecchia RM , Italy 00053

Andrew Clarke
Homesdale Silver Street
Yeovil
Somerset, England BA22 9UF

Andrew Iwamasa
2750 S Homer Road
Midland, MI 48640

Andrew T. MacDonald
Whiskey Mech Inc.
437 Eastern Parkway #2
Brooklyn, NY 11216

Anthony Cleveland
55 South 450 East
Valparaiso, IN 46383

Artist Express
2090 E University Drive #108
Tempe, AZ 85281

AS Comics LTD
23 High St
Pewsey Wiltshire, England SN9 5AF

Atlantic Screen Company
22766 Pacific Coast Highway, Unit B
Malibu, CA 90265

Baseline LLC/Studio System
PO Box 740474
Los Angeles, CA 90074-0474

Bellatrix Publishing
45 Shawnee Avenue
Rockaway, NJ 07866

Bonfire Agency LLC
315 West 36th Street
6th Floor
New York, NY 10018

Brett Schenker
2858 Lawrence Drive
Falls Church, VA 22042

Brian Hawkins
5997 Schooner Circle
King George, VA 22485

Brian Thomas Buccellato
Causeway Entertainment LLC
2700 Chaucer Street Unit 50
Los Angeles, CA 90065

Bryan Hill
900 South Figueroa St. #2904
Los Angeles, CA 90015

c/o Howard Steinberg, Greenberg
Traurig, 1840 Century Park East,
Suite 1900
Los Angeles, CA 90067

California Employment Dev. Dept.
Bankruptcy Special Procedures Group
PO Box 826880 MIC 92E
Sacramento, CA 94280

Carlos Mangual
2604 Hammock Ct.
Clearwater, FL 33761

Carmelo Zagaria - Arancia Studio
piazza San Carlo, 206, Torino
Italy 10121

Charles J. Burgio
3001 Lake East Dr #2021
Las Vegas, NV 89117

Charles Pritchett
27 Doiron Drive Charlottetown, PE C1E0A7
Charlottetown, PE, Canada C1E0A7

Chris O'Halloran
5 Spring Mount Place, Old Youghal
Rd., Cork City, Ireland T23 T3Y4

Christopher W. Sebela
5913 SE Woodstock Blvd
Portland, OR 97206

Citinet Solutions, LLC
108 Village Square
Suite 189
Somers, NY 10589

City Diecutting - BookDisplays LLC
One Cory Road
Morristown, NJ 07960

Cliff Richards
Glass House Graphics
1060 Glenraven Lane
Clermont, FL 34711

Cody Joy
9412 Granite Hill
Columbia, MD 21046

Corey Breen
15836 Fourmile Creek Ct.
Haymarket, VA 20169

Cullen Bunn
Scorched Earth Productions
3263 W. Camino Alto Street
Springfield, MO 65810

Damian Couceiro
Tucuman 3764
Rosario, Santa Fe, Argentina 02000-0000

Dan Abnett
Damn Fine Monkeys Ltd
71 Sandting Road
Maidstone, Kent, United Kingdom ME14 2RJ

Daniel Lopez
519 SE 18th Ave
Cape Coral, FL 33990

David Harris
7250 S Durango Dr.
Suite 130-183
Las Vegas, NV 89113

David Hazan
4/1 Mitchell Street
Brunswick
Victoria, Australia 03056-0000

David Lawrence Johnson
1745 N. Orange Dr Apt 229
Los Angeles, CA 90028

David Sharpe
112 Pin Oak Drive
New Cumberland, PA 17070

David Sigurani
3226 Manitou Ave
Los Angeles, CA 90031

David Sigurani-Sigu Sauce Inc
3226 Manitou Ave
Los Angeles, CA 90031

Dee Cunniffe
22 Priory Gate, Athboy, County
Meath, Ireland C15W6W7

Denilson Santtos
Rua Franco, 30
Jardim dos Camargos Barueri
Sao Paulo, CEP, Brazil 00641-0140

DJ Chavis
1109 Wallington Ct NW
Conyers, GA 30012

Dorothy LeAnn Sukman
223 Silky Leaf Drive
Houston, TX 77073

Edward M. Catto
304 N. Hoopes Avenue
Auburn, NY 13021

Elliott Kalan
Kalanomics Industries
5458 Month Helena Ave.
Los Angeles, CA 90041

Emilio Pilliu -- Arancia
piazza San Carlo, 206 -10121 Torino
Italy, P. IVA: 10550250012

Eric O'Connor
14 Bruce Lane
Farmingdale, NY 11735

Erica Schultz
193 Penn Ave
Edison, NJ 08817

Eva de la Cruz
Eva de la Cruz Diaz-Valdes
Paseo Doctor Vassallo, 23-D8
Piedralaves, Avila, Spain 05440-0000

Fidelitas Development
2869 Historic Decatur Rd
San Diego, CA 92016

Francesco Segala
Via Ampio Flaviano 20Scala
piano 7, interno 20
Roma Italy 00175

Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 95812

Francisco Biagini
Via Settevalli 254, Perugia
Italy 6129

Freeman
PO Box 734569
Dallas, TX 53-4596

Gioele Filippo
Via San Vito 36, Marano Lagunare
Italy 33050

Grant DeArmitt
916 Carroll Street Apt 5B
Brooklyn, NY 11225

Grant Woodard
1804 S Weimer Rd.
Bloomington, IN 47403

Hassan Otsmane-Elhaou
12 Hungerford Street
Cheltenham, Gloustershire, United Kingdo

Hayden Sherman
97 Strqathmore Rd APT 10
Brighton, MA 02135

HelloMuller, Ltd
40 Manor Road
London, England N17 OJJ

Heroes Aren't Hard To Find
PO Box 9181
Charlotte, NC 28299

Howard Steven Lowe
414 Miller Rd
Clinton, TN 37716

Imprimerie L'Empreinte
4177 Boulevard Industriel
Laval, QC, Canada H7L0G7

Imprimerie Solisco Inc.
120, 10e Rue
Scott, QC, Canada GOS3GO

Inaki Miranda Paniagua
Calle San Ildefonso
10 -bajo dcha
Madrid, Spain 28012-0000

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Jack E Maraglia
10133 N Oswego Ave
Portland, OR 97203

Jacob Cannon
4239 Beck Ave.
St. Louis, MO 63116

Jacob Phillips
31 Barlow Moor Court
Manchester, United Kingdom M20 2UU

Jamal Yaseem Igle
Jamal Igle and Company LLC
238 10th Street, Apt #3
Brooklyn, NY 11215

James Gonyea
358 E Baker Ave
Clawson, MI 48017

Jason Wordie
3804 Marlborough Dr NE
Calgary, Alberta, Canada T2A 4L1

Jawad Qureshi
46970 Ocotillo Count
Fremont, CA 94539

Jawad Qureshi vendor
46970 Ocotillo Count
Fremont, CA 94539

Jeff A Spry
PO BOX 1073
Sisters, OR 97759

Jeremy Haun
420 Byers Ave.
Joplin, MO 64801

Joe Crohn
2443 9th Ave.
North Riverside, IL 60546

Joe Mulvey
62-60 Mt. Olivet Crescent
Middle Village, NY 11379

Joe Pruett
143 Nectar Pl.
Dallas, GA 30132

John Lees
157 Dukes Road
Burnside, Rutherglenn
Gasglow, Scotland G73 5AE

John Siuntres
2206 W School Street #1E
Chicago, IL 60618

Jon Kramer Distribution
470 25th St,
Santa Monica, CA 90402

Jonathan Kramer
470 25th St,
Santa Monica, CA 90402

Jonathan Luna
2587 Eastbourne Dr.
Woodbridge, VA 22191

Jose Holder
1650 Saint-Louis #701
Montreal, QC Canada H4L 086

Jose Villarrubia
701 Cathedral St. Apt 61
Baltimore, MD 21201

Joseph Eisma
2001 Prestige Cove Ct
St. Paul, TX 75098

Joseph Thomas Pruett
143 Nectar Pl.
Dallas, GA 30132

Joshua Strausbaugh
59 East 5th Street
Chillicothe, OH 45601

Joshua Waldrop
2940 Broadway #33
San Diego, CA 92102

Juan Ignacio Velez Gaitan
Carrer de Foneria 33
Escalera, P3-5
Barcelona, Spain 08038-0000

Juan Navarro
54 E 5th St.
Hialeah, FL 33010

Julio Martinez Perez -- Das Pastoras
c/Floresta 4 Abreara
Barcelona, Spain 08630-0000

Justin Macuga
14390 Ardara Rd.
North Huntingdon, PA 15642

Justin Owen Smith
2720 Bridle Drive
Mead, CO 80542

Kelly Fitzpatrick
248 SE 28th Ave.
Portland, OR 97214

Kevin Wayne Smith
2309 Dee Kay Dr.
Richmond, VA 23223

Kieran McKeown
19 Bramble Rise Killynebber
Cavan Ireland

Korey Bell
226 Tall Trees Cir.
Downingtown, PA 19335

Kramer Family Trust Dated 4/11/94
470 25th St,
Santa Monica, CA 90402

Laurence Campbell
59 Bennells Avenue
Whitstable, Kent, United Kingdom CT5 2HP

Lee Andrew Kramer
101 California Ave.
Suite 902
Santa Monica, CA 90403

Lee Loughridge III
Zylonol Studio Inc.
234 Lugonia St.
Newport Beach, CA 92663

Lorenzo Scaramella
Via XXV Aprile 15
Genzano di Roma RM , Italy 45

Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

Manuel Mendiola
1220 Joe's Lake Dr. SE
Cambridge, MN 55008

Manuel Puppo - Arancia Studios
piazza San Carlo, 206
Torino Italy 10121

Marcelo Maiolo
Ronin Art Studio LTD ME
Dona Eugenia, 727
Piracicabe, San Paulo, Brazil 01341-6401

Mario Lorente Diez
c/ Manuel Lamela, 11-1 A
Madrid, Spain 28025-0000

Mark Englert
37541 Starcrest St.
Palmdale, CA 93550

Mark Sable
Sablevision Corporation
3189 Jason Dr.
Bellmore, NY 11710

Mark Torres
T3-17H Governor's Place Condo
562 Shaw Blvd., Highway Hills
Mandaluyong City, Philippines 01552-0000

Matt Herms
29 Dulany Ct
Sterling, VA 20165

Matt Krotzer
12 Cold Stream Drive
Lancaster, PA 17603

Matthew Alward
12212 W Dahlia Dr
El Mirage, AZ 85335

Matthew Sabatino
35 Leighton Dr
Stratford, CT 06614

Mattia Monaco
Vicende Street 12
San Massimo CB , Italy 86027-0000

Maxmiliano Dallo
Koehl 2424, Ciudad jardin
Buenos Aires, Argentina 1684

Michael J Clarke
113 Winston Way
Oxford, PA 19363-2420

Michael J. Marts
31 Winona Trails
Lake Hopatcong, NJ 07849-1013

Michael Leonor
1228 145th Avenue
San Leandro, CA 94578

Michael Lightell
4 Trotters Run
Thomasville, NC 27360

Mike Marts
31 Winona Trails
Lake Hopatcong, NJ 07849-1013

Mike Rooth
2b-77 Lakeshore Road West
Oakville, ON, Canada L6K 1C9

Mitchell S. Gurowitz
2 Ballas Lane
Piscataway, NJ 08854

Modern Fanatic
44 Donaldson Avenue
Rutherford, NJ 07070

More Fun Inc.
c/o Tim Stolzfus
1906 Ambrose Dr.
Rowlett, TX 75089-1935

Nate Townsend
1133 Meadow Creek Dr Apt 263
Irving, TX 75067

Naysel Entertainment
Andromeda, 60, 3 C
Mostoles
Madrid, Spain 29039-0000

Nick Filardi
Filardi Studios LLC
70 Parak Side Dr. #206
Fletcher, NC 28732

Nick Santora
c/o WME ENTERTAINMENT
9601 Wilshire Blvd., 3rd Floor
Beverly Hills, CA 90210

OFS Brightwave, LLC
2000 Northeast Expressway
Norcross, GA 30071-2992

Olivia Briggs
She Will Inc.
3930 Kentucky Dr., #4
Los Angeles, CA 90068

Orhan Umut Gokcek
Ilko sitesi 2797. sok No:18
Cayyolu/Cankaya, Ankara Turkey 6810

Pablo Raimondi
175 W. 13th St, #7G
New York, NY 10011

Pat Olliffe
214 Church Lane
Edgeworth, PA 15143

Patricio Delpeche
Juncal 4534, 7A
Buenos Aires, Argentina C1425BAC

Paul Azaceta
1351 Bergen Street Apt 2
Brooklyn, NY 11213

Paul Taegel
26928 E. Irish Pl.
Aurora, CO 80016

Paul Tobin
38 NE 17th Ave
Portland, OR 97232

Peter Marsh
2201 South Lakeline Blvd, Apt 9206
Cedar Park, TX 78613

Peter Milligan Creations
55 Twyford Avenue
East Finchley
London, United Kingdom N2 9NR

Peter Tomasi, Astral Productions
27117 Sailside Dr.
Millsboro, DE 19966

Piotr Kowalski
Ul.Libijska 16 M 10 03-977
Warsaw, Poland

Printology LLC
229 Godwin Ave
Midland Park, NJ 07432

PublicHaus Communications LLC
8306 Wilshire Blvd #4002
Los Angeles, CA 90211

Rae Hancock
3741 Wenzler Drive
Dayton, OH 45429

Rafael de Latorre
2299 dois Corregos Av.
Bl01 Apartment 201, Piracicaba
Sao Paulo, Brazil 13420-835

Reed Exhibitions
Relx Inc. dba Reed Exhibitions
P.O. Box 9599
New York, NY 10087-4599

Rem Broo - Remus Brezeanu
Dietrich-Bonhoeffer str. 4
Berlin, Germany 10407-0000

Rex Ogle
1372 Edgecliffe Dr.
Los Angeles, CA 90026

Ricky Mammone
2020 N Beachwood Dr. #209
Los Angeles, CA 90068

Rive Gauche Television
15030 Ventura Blvd. #587
Sherman Oaks, CA 91403

Rive Gauche Televsion acctg
15030 Ventura Blvd. #587
Sherman Oaks, CA 91403

Rob Steen
330 Buds Comers Rd.
Red Hook, NY 12571

Robert Schwager
7127 Hummingbird Lane
New Port Richey, FL 34655

Roberta Ingranata
Via Volta, 92
Cologno Monzese
Milan, Italy 20093-0000

Rod Gonzalez
633 Robert Street
Ridgewood, NJ 07450

Rodrigo Zayas aka Rodrigo Moron de Migue
Avenida Fern ndez Latorre n 1. 5 i
CP, A Coruna, Spain 15006-0000

Rose Snyder & Jacobs LLP
15821 Ventura Blvd., Suite 490
Encino, CA 91436

Roy Miranda
Calle Pegaso, 21
Bajo A Mostoles
Madrid, Spain 28938-0000

Ruben Rubine Cubiles
Sant Antoni Maria Claret 103, 5-3
Barcelona, Spain 08025-0000

Rudy Vela
199 East 37th St
Holland, MI 49423

Russell Jacob Singer
1264 Elderslide Lane
York, PA 17403

Russell James Wooton
939 S. Hill Street
Apt 544
Los Angeles, CA 90015

Ruth Reeves
410 Cedar Street
Carrollton, GA 30117

Ryan Lindsay
10 Wassell Pl
Macgregor, Australia ACT 2615

Sacker Entertainment Law PC
12100 Wilshire Blvd
Suite 1540
Los Angeles, CA 90025

Sal Cipriano
6802 16th Ave.
Brooklyn, NY 11204

Sam Freeman
1815 Bolton St. Apt 2
Baltimore, MD 21217

Sam Romesburg
528 Brunswick Street
Brunswick, MD 21716

Sami Kivela
Urheilukatu 40 A 5
Helsinki, Finland 250

San Diego Comic Convention
San Diego Comic Convention
P.O. Box 128458
San Diego, CA 92112

Sara Colella
Via Lucrezia Romana 17
Ciampino RM , Italy 43

Shawn Lee
4567 Hawley Blvd #9
San Diego, CA 92116

Simon Bowland
35 Jasmine Ave
Macclesfield, Cheshire UK SK10 3GH

Slade Germain
39 Prior Drive
Framingham, MA 01701

Stefano Nesi
Via Giorgio La Pira 22
Castel Maggiore
Bologna Italy 40013

Stephan Nilson
4397 SW Appleseed Rd.
Port Saint Lucie, FL 34953

Stephanie Phillips
1927 Floresta View Dr.
Tampa, FL 33618

Stephen Pruett
143 Nectar Pl.
Dallas, GA 30132

Stephen Thompson
8 Verbena Grove
Bayside, Dublin Ireland 13

Steve Orlando
40 Paul Gore St. #3
Boston, MA 02130

Sullivan Fitzgerald
12530 Braddock Dr. Apt. 215
Los Angeles, CA 90066

Szymon Kudranski
Plac Kosciuszki 4/1
Tarnow, Poland 33-100

Tara O'Connor
Stimola Litery Studio, Inc P.O. Box 1066
PO Box 1066
West Tisbury, MA 02575

Taylor Esposito
Ghost Glyph Studios
118 Dawson Ave
Boonton, NJ 07005

Tom Novak
8 Country Club Dr. #6
Manchester, NH 03102

Tonci Zonjic
628 Fleet St, Unit 806
Toronto, ON, Canada M5V 1A8

Transcontinental
Bolte Postale 11276 Succ. Centre-ville
Montreal, QC, Canada H3C 5G9

Tri Vision Int'l Inc.
3807 Wilshire Blvd., Suite 1109
Los Angeles, CA 90010

Trinity Peck
6204 Jasper Ct
Lancaster, CA 93536

Tyler Boss
20 Colonial Circle Apt. 1
Buffalo, NY 14213

UnitedHealthCare
UHS Premium Billing
PO BOX 94017
Palatine, IL 60094-4017

Valentina Bianconi
Via Giappone 2B
Termoli Italy 86039

Valentina Briski
Hlebinska 33
Zagreb, Croatia 10040-0000

Van Jensen
1419 McLendon Ave NE
Atlanta, GA 30307

Wesley C. St. Claire
68 4th Street 2B
South Orange, NJ 07079

William M Noftz
700 N. 62nd Street
Seattle, WA 98103

Zac Thompson
c/o Jason Yarn Literary Agency
47 Fort Washington #67
New York, NY 10032

Ziffren Brittenham, LLP
1801 W. Century Park
Los Angeles, CA 90067

**CERTIFICATE OF AFTERSHOCK COMICS, LLC
A CALIFORNIA LIMITED LIABILITY COMPANY
AUTHORIZING FILING OF PETITION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Jon Kramer, hereby certify as follows:

1. I am the Chief Executive Officer of AfterShock Comics, LLC (the "Company").

2. At a special meeting of the Company's members, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that Jon Kramer or his/her designee ("Officer") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code;
>
> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;
>
> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;
>
> **FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

Dated: September 12, 2022

AFTERSHOCK COMICS, LLC

By: Jon Kramer

[Name] JON KRAMER

Its: [Title] CFO