DAVID L. NEALE (SBN 141225)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dln@lnbyg.com; jsk@lnbyg.com

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>AFTERSHOCK COMICS, LLC, a California limited liability company,<br><br>      Debtor and Debtor in Possession.<br><br>In re:<br><br>RIVE GAUCHE TELEVISION, a California corporation,<br><br>      Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br>☐ Affects AfterShock Comics, LLC only<br>☐ Affects Rive Gauche Television only | Lead Case No.: 1:22-bk-11456-MB<br><br>Jointly administered with:<br>1:22-bk-11457-MB<br>(Rive Gauche Television).<br>Chapter 11 Cases<br><br>**SUPPLEMENT TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; (II) GRANTING ADEQUATE PROTECTION REPLACEMENT LIENS; (III) SCHEDULING A FINAL HEARING; AND (IV) GRANTING RELATED RELIEF**<br><br>Hearing<br>DATE: January 12, 2023<br>TIME: 9:30 a.m.<br>PLACE: Courtroom 303<br>          21041 Burbank Boulevard<br>          Woodland Hills, CA 91367<br>          (Via ZoomGov) |

1

AfterShock Comics, LLC ("Aftershock") and Rive Gauche Television ("RGTV," and together with Aftershock, the "Debtors"), the Chapter 11 debtors and debtors in possession herein, hereby file this supplement (the "Supplement") to their "*Emergency Motion For Entry Of An Interim Order: (I) Authorizing The Debtors To Use Cash Collateral On An Interim Basis Pending A Final Hearing; (II) Granting Adequate Protection Replacement Liens; (III) Scheduling A Final Hearing; And (IV) Granting Related Relief*" (the "Cash Collateral Motion").

Attached as **Exhibit "1"** hereto is the Debtors' revised budget for the period of December 23, 2022 through March 17, 2023 (the "Budget"), which will replace the budgets attached as Exhibits "2" and "3" to the omnibus declaration of Jonathan Kramer in support of the Cash Collateral Motion and other first day motions.

Dated: January 10, 2023

AFTERSHOCK COMICS, LLC &
RIVE GAUCHE TELEVISION

/s/ *Jeffrey S. Kwong*
David L. Neale
Jeffrey S. Kwong
LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.
Proposed Counsel for Debtors and Debtors in Possession

# EXHIBIT "1"

| | 12/23/2022 | 12/30/2022 | 1/6/2023 | 1/13/2023 | 1/20/2023 | 1/27/2023 | 2/3/2023 | 2/10/2023 | 2/17/2023 | 2/24/2023 | 3/3/2023 | 3/10/2023 | 3/17/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning Balance** | 108,198 | 102,580 | 147,711 | 657,031 | 571,558 | 527,628 | 463,704 | 388,625 | 466,892 | 533,759 | 736,906 | 849,062 | 688,769 |
| **Cash Inflows** | | | | | | | | | | | | | |
| Rive Gauche - Receivables | | | | 2,337 | | | 52,243 | 57,051 | 2,192 | 109,943 | 102,042 | | 2,193 |
| Rive Gauche - Estimated Receivables | 33014 | | | | | | | | 200,000 | | | | |
| Rive Gauche - AVOD | | - | | | | | | | | | 230,000 | 100,000 | |
| Rive Gauche - Other Reimbursements (funds in Holding Account) | | | | 662,539 | | | | | | | | | |
| Rive Gauche - Production Services, Pit Bulls S12/S13, net | | | | | | | | | | | | | |
| Aftershock - New Comic Sales (Diamond) | | | | | | | | | | | - | | |
| Aftershock - Comic Sales (Comixology/Amazon) | | 1,615 | | | | | 2,000 | | | | | | |
| Aftershock - Comic Sales - Foreign | | 371 | 4,597 | | | | | | | 25,000 | | | |
| Aftershock - Other Revenues (Variant Covers, Conventions, etc) | | 589 | 10,030 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 33,000 | 30 | 30 |
| Aftershock - Conventions | | | | | | | | | | | | | |
| Aftershock - Option Fees Film/TV | 9,648 | 0 | 35,000 | 0 | 3,750 | 0 | 0 | 0 | 0 | 0 | 40,000 | 50,000 | 7,500 |
| Equity Investment | | | | | | | | | | | | | |
| Aftershock - Purchase Price - With Rights | | | | | | | | | | | | | |
| **Total Income** | 42,662 | 2,575 | 49,627 | 664,906 | 3,780 | 30 | 54,273 | 57,081 | 202,222 | 134,973 | 405,042 | 150,030 | 9,723 |
| | | | | | | | | | | | | | |
| **Cash Outflows** | | | | | | | | | | | | | |
| **AfterShock Comics Creator and Printing Costs** | | | | | | | | | | | | | |
| Aftereshock Comic Creator Costs | | | | | | | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 7,500.00 | 7,500.00 |
| Aftershock Comic Printing Costs | | | | | | | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 7,500.00 | 7,500.00 |
| **AfterShock Comics (Subtotals Excluding Creator and Printing Costs)** | 0 | 3,321 | 3,131 | 29,122 | 2,797 | 17,800 | 10,442 | 9,000 | 22,665 | 44,946 | 42,416 | 5,000 | 28,101 |
| Bank fees | | 100 | | | | | 100 | | | | 100 | | |
| Convention expense | | | | | | | | | | | | | |
| Business Meetings/Meals | | | | 3,000 | | | | | 3,000 | | | | 3,000 |
| Copyright Expense | | | | | 300 | | | | | 300 | | | |
| Entertainment | | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | | |
| Health | | | 3,131 | 6,753 | | | | | 6,753 | | | | 6,753 |
| Liability | | | | | | | | | | | | | 2,265 |
| Legal | | | | | | | 4,000 | 4,000 | | 4,000 | | | |
| Legal (Neale) | | | | | | | | | | | | | |
| UK Legal | | | | | | | | | | | | | |
| Marketing | | | | | | 7,500 | | | 10,000 | | | | 10,000 |
| Computer software utilities | | | | | | | | | | | | | |
| Microsoft 360 | | | | 370 | | | | | 370 | | | | 370 |
| Dropbox | | | | 380 | | | | | 380 | | | | 380 |
| Slack | | | | 492 | | | | | 492 | | | | 492 |
| Zoom | | | | 114 | | | | | 114 | | | | 114 |
| Baseline | | | | 2,133 | | | | | | | | | |
| Adobe | | | | 15 | | | | | 15 | | | | 15 |
| Docusign | | | | 20 | | | | | 20 | | | | 20 |
| Web site hosting | | | | 750 | | | | | 750 | | | | 750 |
| Website maintenance | | | | | | | | | | | | | |
| Stuart Rekant DIP Loan Advisor | | | | 5,000 | | 5,000 | | 5,000 | | 5,000 | | 5,000 | |
| Office rent | | | | 2,824 | | | 2,824 | | | 2,824 | | | |
| Office supplies | | | | | | | | | | | | | |
| Public relations | | | | | 5,000 | | | | 5,000 | | | | |
| Research materials / Decks | | | | | | | | | | | | | |
| Shipping, postage | | | | 50 | | | | | 50 | | | | 75 |
| Social Media | | | | | | | | | | | | | |
| Subscriptions | | | | | | | | | | | | | |
| Telephone (Ring Central) | | | | | 646 | | | | | 646 | | | 646 |
| Taxes - business (rose synder) | | | | | | | | | | | | | |
| Tax and accounting | | 3,221 | - | 3,221 | 2,151 | - | 3,221 | - | 3,221 | - | 3,221 | - | 3,221 |
| Travel | | | | | | | | | 7,500 | | | | |

| Category | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | | | | | | | | | | | | |
| Lodging | | | | | | | | | | | | |
| Local transportation | | | | | | | | | | | | |
| Travel-Other | | | | 4,000 | | | | | | | | |
| Amex - Unclassified aftershock | | | | | | | | | | | | |
| Web site design/hosting | | | | | | | | | | | | |
| Other expense | | | | | | | 297 | | 20,000 | 36,271 | | |
| Variant Cover Expense | | | | | | | | | | | | |
| **Rive Gauche  (Subtotals)** | - | 4,872 | 1,365 | 26,980 | 6,339 | 23,000 | 14,361 | 100,000 | 8,596 | 0 | 9,727 | 14,714 | 48,596 |
| AT&T phone and internet (had 550 on 10/31) | | | | | | | | | | | | |
| Bank fees | | 200 | | | | | 1,200 | | | | 1,200 | | |
| UnitedHealthCare/ Health Insurance | | 200 | | 1,190 | | | 200 | | 1,190 | | 200 | | 1,190 |
| Liability Insurance | | | | | | | | | | | | 11,830 | |
| Bob Chapman (Sauer & Wagner) | | | | | | | | | | | | | |
| City of Of Los Angeles / Franchise Tax Board | | | | | | | | | | | | | |
| Copyrights | | | | | | | | | | | | | |
| Dinter Inc. (fso Tomas Silva) | | | | | | | | | | | | | |
| Direct TV | | | | | | | | | | | | | |
| Fotokem | | | | | | | | | | | | | |
| Phil Fiers from Focus Advisory | | | | | | | 12,000 | | | | | | |
| US Trustees | | | | | | | | 250 | | | | | |
| Jon Kramer - Medical | | 762 | | | | | | 762 | | | 762 | | |
| AMEX reimb Platinum #1 | | | | | | | | | | | | | |
| AMEX reimb Delta #1 | | | | | | | | | | | | | |
| AMEX reimb Platinum #2 | | | | - | | | | | | | | | |
| AMEX reimb Delta #2 | | | | | | | | | | | | | |
| Chase 5026 | | | | | | | | | | | | | |
| Chase 5135 | | | | | | | | | | | | | |
| Chase 8313 | | | | | | | | | | | | | |
| Julie Cawood Development | | | | | | | | | | | | | |
| Marketing | | | | | | | | | | | | | |
| Computer software utilities: | | | | | | | | | | | | | |
|    Microsoft 360 | | | | 227 | | | | | 227 | | | | 227 |
|    Dropbox | | | | 20 | | | | | 20 | | | | 20 |
|    Slack | | | | 146 | | | | | 146 | | | | 146 |
|    Zoom | | | | 33 | | | | | 33 | | | | 33 |
| Comet, Saturn Software | | | | 5,400 | | | | | | | | | |
| Adobe | | | | 15 | | | | | 15 | | | | 15 |
| Docusign | | | | 20 | | | | | 20 | | | | 20 |
| Web site hosting | | | | 100 | | | | | 100 | | | | 100 |
| Website maintenance | | | | 1,500 | | | | | | | | | |
| Markets/Conventions | | | | | | | | | | | | | |
| T-Mobile | | | | 506 | | | | | 506 | | | | 506 |
| Michael Bales & other Legal | | | | | | | | | | | | | |
| Legal (LNBYG) | | | | | | | | | | | | | |
| Rent - storage unit | | | | | | | | | | | | | |
| Ottera | | | | | | | 5,400 | | | | 5,400 | | |
| Parking | | | | | | | | | | | | | |
| Professional Subscription (C21) annual | | | | 900 | | | | | | | | | |
| Prudential - key man insurance | | 826 | | | | | 826 | | | | 826 | | |
| Rose, Snyder and Jacobs | | | | | | | | | | | | | |
| Santa Monica Video ()cogs | | | | | 5,000 | | - | | 5,000 | | | | 5,000 |
| Saturn Software | | | | | | | | | | | | | |
| Synoptek | | 2,884 | 1,365 | 3,284 | | 11,000 | 2,884 | | | | | 2,884 | |
| Tangram - MIP (booth construction) | | | | | | | | | | | | | 20,000 |
| Reed Midem - MIP (booth registration) | | | | | | | | | | | | | 20,000 |
| Payroll Costs (Taxes and Workers Comp) | | - | - | 1,339 | 1,339 | - | 1,339 | - | 1,339 | - | 1,339 | - | 1,339 |
| MIP travel/hotel costs | | | | | | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MIP meals | | | | | | | | | | | | | |
| Reel Screen Travel & Expense | | | | 9,800 | | | | | | | | | |
| TBI - Mipcom advertising | | | | | | | | | | | | | |
| T&E reimbursements | | | - | | - | | 1,500 | | | | | | |
| World Screen | | | | 2,500 | | | | | | | | | |
| Other - RX | | | | | | | | | | | | | |
| AVOD Costs - Creation and Delivery Costs | | | | | | | | 50,000 | | | | | |
| AVOD Costs - Access Costs | | | | | | | | 50,000 | | | | | |
| AVOD Costs - Dinter Dubbing | | | | | | | | | | | | | |
| AfterShock and Rive Gauche Combined Salaries | - | - | - | 99,484 | 80,117 | 3,160 | 73,394 | 3,160 | 72,694 | 3,160 | 129,752 | 3,160 | 78,319 |
| **Total Expense (Aftershock and Rive Gauche)** | 0 | 8,193 | 4,496 | 155,586 | 89,253 | 43,960 | 118,197 | 132,160 | 123,955 | 68,106 | 201,895 | 37,874 | 170,016 |
| | | | | | | | | | | | | | |
| **Monthly Cash Movement** | | 42,662 | (5,618) | 45,131 | 509,320 | (85,473) | (43,930) | (63,924) | (75,079) | 78,267 | 66,867 | 203,147 | 112,156 | (160,293) |
| | | | | | | | | | | | | | |
| **Total Cash Balance** | | 108,198 | 102,580 | 147,711 | 657,031 | 571,558 | 527,628 | 463,704 | 388,625 | 466,892 | 533,759 | 736,906 | 849,062 | 688,769 |

*Budget does not include estimated amounts for U.S. Trustee fees.   However, the Debtors are also requesting that any order approving cash collateral usage allow for the Debtors to pay U.S. Trustee fees from cash collateral.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENT TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; (II) GRANTING ADEQUATE PROTECTION REPLACEMENT LIENS; (III) SCHEDULING A FINAL HEARING; AND (IV) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 10, 2023** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Sara Chenetz    schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com
- Russell Clementson    russell.clementson@usdoj.gov
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- David L. Neale    dln@lnbyg.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On **January 10, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 10, 2023,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY EMAIL**
Howard Steinberg steinbergh@gtlaw.com

**SERVED BY MESSENGER**
The Honorable Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 10, 2023 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

2

Secured Creditors

Access Road Capital LLC
Attn: Zachary Tarica
238 Cedar Ave,
Hewlett, NY 11557

Access Road Capital LLC
c/o Howard Steinberg, Greenberg Traurig, 1840 Century Park East, Suite 1900
Los Angeles, CA 90067

Alberto Locatelli - Arancia Studio
piazza San Carlo, 206 -10121 Torino
Italy, P. IVA: 10550250012

American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336-0001

AS Comics LTD
23 High St
Pewsey Wiltshire, England SN9 5AF

Damian Couceiro
Tucuman 3764
Rosario, Santa Fe, Argentina 02000

David Sigurani-Sigu Sauce Inc
3226 Manitou Ave
Los Angeles, CA 90031

Emilio Pilliu -- Arancia
piazza San Carlo, 206 -10121 Torino
Italy, P. IVA: 10550250012

Fidelitas Development
2869 Historic Decatur Rd
San Diego, CA 92016

Imprimerie L'Empreinte
4177 Boulevard Industriel
Laval, QC, Canada H7L0G7

Imprimerie Solisco Inc.
120, 10e Rue
Scott, QC, Canada GOS3GO,

Inaki Miranda Paniagua
Calle San Ildefonso
10 -bajo dcha
Madrid, Spain 28012-0000

Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

Mark Englert
37541 Starcrest St.
Palmdale, CA 93550

Mattia Monaco
Vicende Street 12
San Massimo (CB), Italy 86027-0000

PublicHaus Communications LLC
8306 Wilshire Blvd #4002
Los Angeles, CA 90211

Rose Snyder & Jacobs LLP
15821 Ventura Blvd., Suite 490
Encino, CA 91436

Sacker Entertainment Law PC
12100 Wilshire Blvd,Suite 1540
Los Angeles, CA 90025

San Diego Comic Convention
P.O. Box 128458
San Diego, CA 92112

Transcontinental
Bolte Postale 11276 Succ. Centre-ville
Montreal, QC, Canada H3C 5G9,

Tri Vision Int'l Inc.
3807 Wilshire Blvd., Suite 1109
Los Angeles, CA 90010

Ziffren Brittenham, LLP
1801 W. Century Park
Los Angeles, CA 90067

Russell Clementson
Office of the US Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Debtors
AfterShock Comics, LLC
Rive Gauche Television
15030 Ventura Blvd. #587
Sherman Oaks, CA 91403

AMC Networks International Broadcasting
111 Salusbury Rd
London, United Kingdom NW6 8RG

Creative Differences
20 N. Raymond Ave, Suite 250
Pasadena, CA 91103

Dinter, Inc.
5717 SE Miles Grant Rd.
Stuart, FL 34997

Discovery Networks Intl LLC
PO Box 734734
Dallas, TX 75373-4734

Farpoint Films, Inc.
202-1335 Erin St.
Winnipeg
Manitoba, Canada R3E 2S7,

Indigo Films Entertainment Group
3001 Bridgeway, Suite K.#374
Sausalito, CA 94965

Jupiter Entertainment, Inc.
8923 Linksvue Dr.
Knoxville, TN 37922

Lower Canada Productions Inc
1200 Bay St. #400
Toronto
Ontario, Canada M5R 2A5,

M2 Pictures
c/o Agency for the Performing Arts
405 S Beverly Dr, 4th Floor
Beverly Hills, CA 90212

Michael V. Bales, Esq
1801 Century Park East, Suite 1150
Los Angeles, CA 90067

OTTera Inc.
5152 Sepulveda Blvd
Sherman Oaks, CA 91403

Rose Snyder & Jacobs
15821 Ventura Blvd., Suite 490
Encino, CA 91436

Santa Monica Video
4100 W. Alameda, Suite 208
Burbank, CA 91505

Sauer & Wagner LLP
1801 Century Park East, Suite 1150
Los Angeles, CA 90067

Tangram
12 Paulding St.
Pleasantville, NY 10570

TBS-CNN
CNN Center SE, 1311 C
Atlanta, GA 30303

World Screen
1123 Broadway, Suite 1207
New York, NY 10010