PETER C. ANDERSON
United States Trustee
KENNETH M. MISKEN
Assistant United States Trustee
RUSSELL CLEMENTSON/SBN 143284
Trial Attorney
Department of Justice
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
Email: russell.clementson@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re:

AFTERSHOCK COMICS, LLC, a California limited
liability company,

        Debtor

———————————————

RIVE GAUCHE TELEVISION, a California corporation,

        Debtor

———————————————

☐ Affects both Debtors
■ Affects AfterShock Comics, LLC only
☐ Affects Rive Gauche Television only

Lead Case No.: 1:22-bk-11456-MB

Jointly administered with:
1:22-bk-11457-MB
(Rive Gauche Television).

Chapter 11

APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

1

1   Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the
2   following two creditors to serve in this case on the Official Committee of Unsecured
3   Creditors:

4                             SEE EXHIBIT A

5   DATED: January 17, 2023      Respectfully submitted,

6                                 PETER C. ANDERSON
7                                 UNITED STATES TRUSTEE

8                                 Kenneth M. Misken
9                                 Assistant United States Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | EXHIBIT A |
| 2 | AC COMICS LTD. |
| 3 | 23 High Street<br>Pewsey, Wiltshire, UK |
| 4 | SN9 5AF<br>Attn. Simon Fawcett |
| 5 | simon@atlanticscreengroup.com<br>Tel. 1 (323) 317-1538 |
| 6 | IMPRIMERIE L'EMPREINTE INC. |
| 7 | 4177 Boulevard Industriel<br>Laval, QC, Canada |
| 8 | H7L0G7<br>Attn. Jean-Pierre Rose |
| 9 | jprose@empreinte.qc.ca<br>Tel. 514-961-1223 |

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
915 Wilshire Blvd., Ste 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS _____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/17/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/17/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
n/a

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/17/2023 | Russell Clementson | /s/Russell Clementson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            F 9013-3.1.PROOF.SERVICE

## SERVICE LIST CONTINUED

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Sara Chenetz**  schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com
- **Russell Clementson**  russell.clementson@usdoj.gov
- **Jeffrey A Krieger**  jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Jeffrey S Kwong**  jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **David L. Neale**  dln@lnbyg.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL**

AC COMICS LTD.
23 High Street
Pewsey, Wiltshire, UK
SN9 5AF
Attn. Simon Fawcett

IMPRIMERIE L'EMPREINTE INC.
4177 Boulevard Industriel
Laval, QC, Canada
H7L0G7