PETER C. ANDERSON
United States Trustee
KENNETH M. MISKEN
Assistant United States Trustee
RUSSELL CLEMENTSON/SBN 143284
Trial Attorney
Department of Justice
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
Email: russell.clementson@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>AFTERSHOCK COMICS, LLC, a California limited liability company,<br><br>            Debtor<br><br>RIVE GAUCHE TELEVISION, a California corporation,<br><br>            Debtor<br><br>☐ Affects both Debtors<br>☐ Affects AfterShock Comics, LLC only<br>■ Affects Rive Gauche Television only | Lead Case No.: 1:22-bk-11456-MB<br><br>Jointly administered with:<br>1:22-bk-11457-MB<br>(Rive Gauche Television).<br><br>Chapter 11<br><br>APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

1

1  Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the
2  following three creditors to serve in this case on the Official Committee of Unsecured
3  Creditors:
4                                      SEE EXHBIIT A
5  DATED: January 17, 2023        Respectfully submitted,
6                                      PETER C. ANDERSON
                                      UNITED STATES TRUSTEE

                                      Kenneth M. Misken
                                      Assistant United States Trustee

| | |
|---|---|
| 1 | EXHIBIT A |
| 2 | |
| 3 | INDIGO FILMS ENTERTANMENT GROUP<br>3001 Bridgeway, Suite K.#374 |
| 4 | Sausalito, CA 94965<br>Attn. David Frank |
| 5 | dfrank@indigofilms.com<br>Tel. 415-444-1700 |
| 6 | LOWER CANADA PRODUCTIONS INC. |
| 7 | 468 Queen St. East, Suite 301<br>Toronto, Ont., Canada |
| 8 | M5A IT7<br>Attn. Martin Katz |
| 9 | Martin.katz@prosperopictures.com<br>Tel. (416) 926-0853 |
| 10 | OTTERA, INC. |
| 11 | 13836 Gilmore St.<br>Van Nuys, CA 91401 |
| 12 | Attn. Brendan Pollitz<br>brendan@ottera.tv |
| 13 | Tel. 707-263-0123 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
915 Wilshire Blvd., Ste 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS _____ _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/17/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 01/17/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
n/a

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/17/2023 | Russell Clementson | /s/Russell Clementson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

## **SERVICE LIST CONTINUED**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Sara Chenetz**  schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com
- **Russell Clementson**  russell.clementson@usdoj.gov
- **Jeffrey A Krieger**  jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Jeffrey S Kwong**  jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **David L. Neale**  dln@lnbyg.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL**

INDIGO FILMS ENTERTAINMENT GROUP
3001 Bridgeway, Suite K.#374
Sausalito, CA 94965
Attn. David Frank

LOWER CANADA PRODUCTIONS INC.
468 Queen St. East, Suite 301
Toronto, Ont., Canada
M5A IT7
Attn. Martin Katz

OTTERA, INC.
13836 Gilmore St.
Van Nuys, CA 91401
Attn. Brendan Pollitz