DAVID L. NEALE (SBN 141225)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dln@lnbyg.com; jsk@lnbyg.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

FILED & ENTERED

FEB 06 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>AFTERSHOCK COMICS, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>RIVE GAUCHE TELEVISION, a California corporation,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br>☐ Affects AfterShock Comics, LLC only<br>☐ Affects Rive Gauche Television only | Case No.: 1:22-bk-11456-MB<br><br>Jointly administered with:<br>1:22-bk-11457-MB (Rive Gauche Television)<br><br>Chapter 11 Cases<br><br>**ORDER APPROVING "STIPULATION TO EXTEND DEADLINE FOR THE COMMITTEES TO FILE A RESPONSE TO THE 'FOURTH MOTION FOR ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS TO FILE PLAN OF REORGANIZATION AND OBTAIN ACCEPTANCES THEREOF'"**<br><br>[No Hearing Required Unless Requested – Local Bankruptcy Rule 9013-1(o)] |

The Court, having considered the "*Stipulation To Extend Deadline For The Committees To File A Response To The 'Fourth Motion For Order Extending Debtors' Exclusive Periods To File Plan Of Reorganization And Obtain Acceptances Thereof'*" [Doc. No. 379] (the "Stipulation")[1], and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved; and

2. The Committees' deadline to respond to the Motion shall be extended through and including January 10, 2024.

###

Date: February 6, 2024

Martin R Barash
United States Bankruptcy Judge

---

[1] All capitalized but undefined terms shall have the same meanings ascribed to them in the Stipulation.