# UNITED STATES BANKRUPTCY COURT

CENTRAL  DISTRICT OF  CALIFORNIA

San Fernando Valley Division

| | | |
|---|---|---|
| In Re. Aftershock Comics, LLC | § | Case No.  22-11456 |
| | § | |
| | § | Lead Case No.  22-11456 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2024

Petition Date: 12/19/2022

Months Pending: 14

Industry Classification: 5 1 1 1

Reporting Method:          Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):          14

Debtor's Full-Time Employees (as of date of order for relief):          10

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jonathan Kramer

Signature of Responsible Party

02/16/2024

Date

Jonathan Kramer

Printed Name of Responsible Party

15030 Ventura Blvd. #587, Sherman Oaks, CA 91403

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

CENTRAL  DISTRICT OF  CALIFORNIA

San Fernando Valley Division

| In Re. Aftershock Comics, LLC | § | Case No. 22-11456 |
|---|---|---|
| | § | |
| | § | Lead Case No.  22-11456 |
| Debtor(s) | § | ☒ Jointly Administered |

## Monthly Operating Report

Reporting Period Ended: 01/31/2024                    Petition Date: 12/19/2022

Months Pending: 14                                    Industry Classification: 5  1

Reporting Method:          Accrual Basis ○      Cash Basis ◉

Debtor's Full-Time Employees (current):                       14

Debtor's Full-Time Employees (as of date of order for relief):   10

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jonathan Kramer
Signature of Responsible Party

02/16/2024
Date

Jonathan Kramer
Printed Name of Responsible Party

15030 Ventura Blvd. #587, Sherman Oaks, CA
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption
§ 1320.4(a)(2) applies.

Debtor's Name  Aftershock Comics, LLC

Case No.  22-11456

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $315,567 | |
| b. Total receipts (net of transfers between accounts) | $91,194 | $1,723,365 |
| c. Total disbursements (net of transfers between accounts) | $19,644 | $1,649,648 |
| d. Cash balance end of month (a+b-c) | $387,118 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $19,644 | $1,649,648 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $33,951 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory     (Book ● Market ○ Other ○  (attach explanation)) | $2,231,272 | |
| d Total current assets | $31,583,034 | |
| e. Total assets | $33,820,224 | |
| f. Postpetition payables (excluding taxes) | $145,922 | *Liabilities as of Petition Date, and |
| g. Postpetition payables past due (excluding taxes) | $119,986 | as indicated on the Schedules |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $145,922 | |
| k. Prepetition secured debt | $16,785,928 | |
| l. Prepetition priority debt | $8,004 | |
| m. Prepetition unsecured debt | $10,168,226 | |
| n. Total liabilities (debt) (j+k+l+m) | $27,108,080 | |
| o. Ending equity/net worth (e-n) | $6,712,143 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative | |
|---|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 | N/A |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 | |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $8,470 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $8,470 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $2,286 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | **Unknown |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Debtor's Name  Aftershock Comics, LLC                                    Case No.  22-11456

| **Part 5:  Professional Fees and Expenses** | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $26,500 | $0 | $26,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | LNBYG | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | Sacker Entertainment Law, PC | Special Counsel | $0 | $16,500 | $0 | $16,500 |
| iii | Exceptional Leaders Int'l | Financial Professional | $0 | $10,000 | $0 | $10,000 |
| iv | Michael V. Bales, Esq. | Special Counsel | $0 | $0 | $0 | $0 |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Aftershock Comics, LLC                          Case No. 22-11456

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Aftershock Comics, LLC                                    Case No.  22-11456

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | $0 | $0 | $0 | $0 |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

Debtor's Name  Aftershock Comics, LLC                                    Case No.  22-11456

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Aftershock Comics, LLC

Case No.  22-11456

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  Aftershock Comics, LLC                                      Case No.  22-11456

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 TBD |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ⦿

c. Were any payments made to or on behalf of insiders?   Yes ○  No ⦿  Only if authorized by court.

d. Are you current on postpetition tax return filings?   Yes ⦿  No ○

e. Are you current on postpetition estimated tax payments?   Yes ⦿  No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ⦿  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ⦿

i. Do you have:   Worker's compensation insurance?   Yes ⦿  No ○
      If yes, are your premiums current?   Yes ⦿  No ○  N/A ○  (if no, see Instructions)
   Casualty/property insurance?   Yes ⦿  No ○
      If yes, are your premiums current?   Yes ⦿  No ○  N/A ○  (if no, see Instructions)
   General liability insurance?   Yes ⦿  No ○
      If yes, are your premiums current?   Yes ⦿  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○  No ⦿

k. Has a disclosure statement been filed with the court?   Yes ○  No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿  No ○

Debtor's Name Aftershock Comics, LLC                                         Case No.  22-11456

| **Part 8: Individual Chapter 11 Debtors (Only)** |  |
|---|---|

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 N/A |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Jonathan Kramer                                         Jonathan Kramer

Signature of Responsible Party                          Printed Name of Responsible Party

Chief Executive Officer                                     02/16/2024

Title                                                              Date

Debtor's Name Aftershock Comics, LLC

Case No. 22-11456

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 N/A |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C. § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http:// www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Jonathan Kramer

Signature of Responsible Party

Jonathan Kramer

Printed Name of Responsible Party

Chief Executive Officer

Title

02/16/2024

Date

Debtor's Name Aftershock Comics, LLC    Case No. 22-11456



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Aftershock Comics, LLC                                    Case No.  22-11456



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Aftershock Comics, LLC                                     Case No.  22-11456



PageThree



PageFour

# CITY NATIONAL BANK 

**AN RBC COMPANY**

Page 1          (0)

Account #:      5184

This statement: January 31, 2024
Last statement: December 29, 2023

Contact us:
800-773-7100

Glendale Banking Office
550 N. Brand Blvd  Suite 100
Glendale, CA    91203

cnb.com

430                              5830K
AFTERSHOCK COMICS, LLC
DIP CASE NO. CASE 1:22-BK-11456
15300 VENTURA BLVD SUITE 587
SHERMAN OAKS CA  91403

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 5184 | Beginning balance  (12/29/2023) | | $18,609.95 |
| Minimum balance | $19,112.66 | | | |
| Average balance | $23,127.10 | Credits  Deposits      (0) | + 0.00 | |
| Avg. collected balance | $23,127.00 | Electronic cr  (9) | + 8,469.73 | |
| | | Other credits (0) | + 0.00 | |
| | | Total credits | | + $8,469.73 |
| | | Debits  Checks paid  (0) | - 0.00 | |
| | | Electronic db  (8) | - 2,240.73 | |
| | | Other debits  (3) | - 45.00 | |
| | | Total debits | | - $2,285.73 |
| | | Ending balance  (1/31/2024) | | $24,793.95 |

### ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 1-2 | Incoming Wire-Intl | 1,785.71 |
| 1-9 | Preauthorized Credit LGTV: MERE MORTA 2R2R9019ST EXACTUALS ACH PAYM ENT REFERENCE ID: PPD AFTERSHOCK COM | 6,000.00 |
| 1-17 | Preauthorized Credit SHOPIFY TRANSFER ST-I7L8M6D2P5B4 AFTERSHOCKCOMICS L CCD | 47.06 |
| 1-23 | Preauthorized Credit SHOPIFY TRANSFER ST-K0Y9W9D0X4F2 AFTERSHOCKCOMICS L CCD | 64.58 |
| 1-29 | Preauthorized Credit AMAZON SERVICES IN PAYMENT INTL ACH USD/USD iat NTE* ADD* FCS001 47922 PAYMENT-NUM | 16.94 |
| 1-29 | Preauthorized Credit AMAZON AUSTRALIA S PAYMENT INTL ACH USD/USD iat NTE* ADD* FCS001 10422 PAYMENT-NUM | 30.19 |
| 1-29 | Preauthorized Credit AMAZON.COM SERVICE PAYMENT INTL ACH USD/USD iat NTE* ADD* FCS002 99632 PAYMENT-NUM | 50.08 |
| 1-29 | Preauthorized Credit AMAZON MEDIA EU S. PAYMENT INTL ACH USD/USD iat NTE* ADD* FCS002 60742 PAYMENT-NUM | 85.60 |
| 1-29 | Preauthorized Credit AMAZON.COM, INC. PAYMENTS FCS001993326142 AFTERSHOCK COMICS CCD | 389.57 |

### ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 1-3 | Preauthorized Debit PUBLIC STORAGE I RENTAL PPD RIVE GAUCHE TE | 399.00 |
| 1-3 | Preauthorized Debit PUBLIC STORAGE I RENTAL PPD BLAKE STOCKER | 430.00 |
| 1-3 | Preauthorized Debit PUBLIC STORAGE I RENTAL PPD RIVE GAUCHE TE | 439.00 |
| 1-18 | Online Wire Out-Dom | 150.00 |
| 1-19 | Preauthorized Debit ADP PAYROLL FEES ADP FEES 929831597699 650807565AFTERSHOC CCD | 119.75 |
| 1-23 | Online Wire Out-Dom | 289.17 |



**CITY NATIONAL BANK**

**RBC** AN RBC COMPANY

AFTERSHOCK COMICS, LLC                    Page 2
January 31, 2024                          Account #:        5184

---

ELECTRONIC DEBITS (Continued)

| Date | Description | Debits |
|------|-------------|-------:|
| 1-26 | Preauthorized Debit ADP PAYROLL FEES ADP FEES 797092539442 651522950AFTERSHOC CCD | 253.91 |
| 1-31 | Preauthorized Debit ADP PAYROLL FEES ADP FEES 642067147587 652458482AFTERSHOC CCD | 159.90 |

OTHER DEBITS

| Date | Description | Reference | Debits |
|------|-------------|-----------|-------:|
| 1-2  | Service Charge INCOMING WIRE-INTL | | 15.00 |
| 1-18 | Service Charge B STE BAS WIRE-DOM | | 15.00 |
| 1-23 | Service Charge B STE BAS WIRE-DOM | | 15.00 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|------|-------:|
| 12-29 | 18,609.95 | 1-9  | 25,112.66 | 1-19 | 24,874.97 | 1-29 | 24,953.85 |
| 1-2   | 20,380.66 | 1-17 | 25,159.72 | 1-23 | 24,635.38 | 1-31 | 24,793.95 |
| 1-3   | 19,112.66 | 1-18 | 24,994.72 | 1-26 | 24,381.47 | | |

OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Glendale Banking Office



**CITY NATIONAL BANK**

AN RBC COMPANY

PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE.  IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT.  ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.  1. Tell us your name and account number.  2. The dollar amount of the suspected error.  3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



# CITY NATIONAL BANK

AN RBC COMPANY

Account #:       5311

This statement: January 31, 2024
Last statement: December 29, 2023

Contact us:
800-773-7100

Glendale Banking Office
550 N. Brand Blvd  Suite 100
Glendale, CA      91203

430                          5830K
AFTERSHOCK COMICS, LLC
DIP CASE NO. CASE 1:22-BK-11456 (PAYROLL
15300 VENTURA BLVD SUITE 587
SHERMAN OAKS CA 91403

cnb.com

## Checking Account

| Account Summary | | Account Activity | |
|---|---|---|---|
| Account number | 5311 | Beginning balance  (12/29/2023) | $0.00 |
| Minimum balance | $0.00 | | |
| Average balance | $0.00 | Credits | + $0.00 |
| Avg. collected balance | $0.00 | Debits | - $0.00 |
| | | Ending balance  (1/31/2024) | $0.00 |

* * No activity this statement period * *

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Glendale Banking Office



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE.  IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT.  ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.  1. Tell us your name and account number.  2. The dollar amount of the suspected error.  3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



# CITY NATIONAL BANK

**AN RBC COMPANY**

Page 1           (0)

Account #:        5346

This statement: January 31, 2024
Last statement: December 29, 2023

Contact us:
800-773-7100

Glendale Banking Office
550 N. Brand Blvd  Suite 100
Glendale, CA      91203

430                          5830K
AFTERSHOCK COMICS, LLC
DIP CASE NO. CASE 1:22-BK-11456 (T-ACCT)
15300 VENTURA BLVD SUITE 587
SHERMAN OAKS CA 91403

cnb.com

## Checking Account

| Account Summary | | Account Activity | |
|---|---|---|---|
| Account number | 5346 | Beginning balance  (12/29/2023) | $0.00 |
| Minimum balance | $0.00 | | |
| Average balance | $0.00 | Credits | + $0.00 |
| Avg. collected balance | $0.00 | Debits | - $0.00 |
| | | Ending balance  (1/31/2024) | $0.00 |

* * No activity this statement period * *

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Glendale Banking Office



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE.  IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT.  ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.  1. Tell us your name and account number.  2. The dollar amount of the suspected error.  3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC

