DAVID L. NEALE (SBN 141225)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dln@lnbyg.com; jsk@lnbyg.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>AFTERSHOCK COMICS, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>RIVE GAUCHE TELEVISION, a California corporation,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br>☐ Affects AfterShock Comics, LLC only<br>☐ Affects Rive Gauche Television only | Case No.: 1:22-bk-11456-MB<br><br>Jointly administered with:<br>1:22-bk-11457-MB (Rive Gauche Television)<br><br>Chapter 11 Cases<br><br>**SEVENTH CHAPTER 11 STATUS REPORT**<br><br><u>Hearing:</u><br><br>Date: June 4, 2024<br>Time: 2:30 p.m.<br>Place: 21041 Burbank Blvd, Ctrm 303<br>Woodland Hills, CA 91367<br><br>Or By:<br><br>**ZoomGov**<br>Video/audio web address:<br>https://cacb.zoomgov.com/j/1618309393<br>ZoomGov meeting number: 161 830 9393<br>Password: 389670<br>Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE:**

AfterShock Comics, LLC ("Aftershock") and Rive Gauche Television ("RGTV," and together with Aftershock, the "Debtors"), the Chapter 11 debtors and debtors in possession herein, hereby submit their seventh Chapter 11 case status report:

On May 16, 2024, the Debtors, Access Road Capital, LLC ("ARC"), and the Official Committees of Unsecured Creditors appointed in the Debtors' cases (the "Committees, and together with the Debtors and ARC, the "Parties") participated in a continued mediation before the Hon. Sheri Bluebond (the "Continued Mediation"). At the Continued Mediation, among other proposals and exit strategies considered, the Debtors discussed the commencement of a sale process to sell the Debtors as a whole and/or their assets (the "Sale Process"). Although the Debtors and Committees were ready to discuss and formulate terms for the sale and for the Sale Process to begin, ARC was unwilling to participate in such discussions. ARC advised the Debtors and the Committees that it would not consent to use of cash collateral beyond the May 17, 2024 date. Unfortunately, the Parties were not able to resolve their disputes, including on the issues of Cash Collateral usage and the payment of employee wages, at the Continued Mediation.

After the Continued Mediation, the Debtors sent multiple emails to ARC to see if a resolution could be reached with ARC to allow for Cash Collateral to be used to preserve the value of the Debtors' assets and to fund the Sale Process contemplated by the 6/6 Stipulation. In those emails, the Debtors confirmed that the request for Cash Collateral usage pursuant to the Budget would be subject to the same terms set forth in the "*Agreed Order Authorizing Debtors To Use Cash Collateral Through The Week Of April 30, 2024*" (including that the principals of the Debtors would receive only 70% of their regular salaries). After not hearing from ARC for several days, on May 21, 2024, ARC notified the Debtors that it would not consent to the Debtors' use of Cash Collateral unless the principals of the Debtors, Jonathan and Lee Kramer (the "Principals"), agreed to forgo all of their salaries. The Principals – Jon Kramer and Lee Kramer who have not been paid for five months and three months respectively, and were only paid 70% of their regular salaries – have unique expertise that will contribute to a successful Sale Process, and are the individuals at the

Debtors that are the most familiar with their operations and assets (and the value thereof), especially given the number of employees that have left the Debtors post-petition.

As a result, on May 21, 2024, the Debtors filed an emergency motion [Doc. No. 445] (the "Enforcement Motion") for an order: (1) enforcing the Court's order approving the "*Stipulation Among Debtors, Official Committees Of Unsecured Creditors And Access Road Capital, LLC Regarding Settlement With Access Road And Debtors' Continued Use Of Cash Collateral*" [Doc. No. 230] filed on June 6, 2023 (the "6/6 Stipulation"); and (2) authorizing the Debtors to use Cash Collateral to pay certain expenses set forth in the budget attached to the Enforcement Motion (the "Budget") to "reasonably fund an auction sale of the Debtors' assets" in accordance with the 6/6 Stipulation. The hearing on the Enforcement Motion is currently scheduled for hearing on May 28, 2024.

After the Debtors filed the Enforcement Motion, the Parties engaged in multiple discussions in an attempt to resolve the Enforcement Motion. At this time, the Debtors believe that the Parties have reached an agreement regarding the usage of Cash Collateral to pay the expenses sent forth in the Budget, subject to the following conditions: (1) the "Other Expense – Sales Process" line item in the Budget in the amount of $50,000 will not be paid during the Period, but is subject to further discussion among the Parties; (2) the Debtors are only authorized to use Cash Collateral to pay seventy percent (70%) of the salary of Lee Kramer; and (3) the Debtors will not use Cash Collateral to pay the salary of Jonathan Kramer.

The Debtors continue to try to work with the Parties regarding the details of a Sale Process while, at the same time, continuing to work on identifying and closing on a transaction that would pay off ARC's claim (and are still actively pursuing alternatives on numerous fronts).

1

2    The Debtors request that the Court continue the status conference for a period of

3 approximately thirty (30) days.

4 May 28, 2024

5
                                         AFTERSHOCK COMICS, LLC &
6                                          RIVE GAUCHE TELEVISION

7                                          */s/  Jeffrey S. Kwong*
                                                 David L. Neale
8                                                  Jeffrey S. Kwong
                                                 LEVENE, NEALE, BENDER, YOO
9                                                     & GOLUBCHIK L.L.P.
10                                   Counsel for Debtors and Debtors in Possession

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF JONATHAN KRAMER

I, Jonathan Kramer, hereby declare as follows:

1. I am over 18 years of age. I am the Chief Executive Officer and President of AfterShock Comics, LLC ("Aftershock") and Rive Gauche Television ("RGTV," and together with Aftershock, the "Debtors"), respectively, the debtors and debtors in possession in the above-captioned Chapter 11 bankruptcy cases, and am therefore familiar with the business operations and have access to and knowledge regarding the financial books and records of the Debtors. I have personal knowledge of the facts set forth below and, if called to testify as a witness, I could and would competently testify thereto.

2. I am familiar with the history, organization, operations and financial condition of the Debtors. The records and documents referred to in this Declaration constitute writings taken, made, or maintained in the regular or ordinary course of the Debtors' business at or near the time of act, condition or event to which they relate by persons employed by the Debtors who had a business duty to the Debtors to accurately and completely take, make, and maintain such records and documents. The statements set forth in this declaration are based upon my own personal knowledge and my review of the Debtors' books and records.

3. I have read the status report to which this Declaration is attached (the "Status Report"). All capitalized but undefined terms herein shall have the same meanings ascribed to them in the Status Report. I hereby verify that all information set forth in the Status Report is true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of May 2024, at Sherman Oaks, California.

_____
JONATHAN KRAMER

## DECLARATION OF JONATHAN KRAMER

I, Jonathan Kramer, hereby declare as follows:

1. I am over 18 years of age. I am the Chief Executive Officer and President of AfterShock Comics, LLC ("AfterShock") and Rive Gauche Television ("RGTV," and together with AfterShock, the "Debtors"), respectively, the debtors and debtors in possession in the above-captioned Chapter 11 bankruptcy cases, and am therefore familiar with the business operations and have access to and knowledge regarding the financial books and records of the Debtors. I have personal knowledge of the facts set forth below and, if called to testify as a witness, I could and would competently testify thereto.

2. I am familiar with the history, organization, operations and financial condition of the Debtors. The records and documents referred to in this Declaration constitute writings taken, made, or maintained in the regular or ordinary course of the Debtors' business at or near the time of act, condition or event to which they relate by persons employed by the Debtors who had a business duty to the Debtors to accurately and completely take, make, and maintain such records and documents. The statements set forth in this declaration are based upon my own personal knowledge and my review of the Debtors' books and records.

3. I have read the status report to which this Declaration is attached (the "Status Report"). All capitalized but undefined terms herein shall have the same meanings ascribed to them in the Status Report. I hereby verify that all information set forth in the Status Report is true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of May 2024, at Sherman Oaks, California.

_____
JONATHAN KRAMER

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing documents entitled **SEVENTH CHAPTER 11 STATUS REPORT** will be served or were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 28, 2024** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Keith Patrick Banner**    kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com
- **Sara Chenetz**    schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Evelina Gentry**    evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Tracy Green**    tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- **Robbin L. Itkin**    ritkin@sklarkirsh.com, mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Jeffrey S Kwong**    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **Timothy McMahon**    tmcmahon@sklarkirsh.com, mduran@sklarkirsh.com
- **David L. Neale**    dln@lnbyg.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On **May 28, 2024,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 28, 2024** I will serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 28, 2024 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**