DAVID L. NEALE (SBN 141225)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dln@lnbyg.com; jsk@lnbyg.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>AFTERSHOCK COMICS, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession.<br>______________________________<br>In re:<br><br>RIVE GAUCHE TELEVISION, a California corporation,<br><br>Debtor and Debtor in Possession.<br>______________________________<br><br>☒ Affects both Debtors<br>☐ Affects AfterShock Comics, LLC only<br>☐ Affects Rive Gauche Television only | Case No.: 1:22-bk-11456-MB<br><br>Jointly administered with:<br>1:22-bk-11457-MB (Rive Gauche Television)<br><br>Chapter 11 Cases<br><br>**NOTICE OF CONTINUANCE OF HEARING ON ENFORCEMENT MOTION AND STATUS CONFERENCE**<br><br>Continued Hearing and Status Conference:<br><br>Date: August 15, 2024<br>Time: 1:30 p.m.<br>Place: 21041 Burbank Blvd, Ctrm 303<br>Woodland Hills, CA 91367 |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Court has continued the status conference for the Chapter 11 cases of AfterShock Comics, LLC ("Aftershock") and Rive Gauche Television ("RGTV," and together with Aftershock, the "Debtors"), the Chapter 11 debtors and debtors in possession herein, and hearing on the "*Debtors' Emergency Motion For Entry of an Order Enforcing The 'Order Granting Stipulation Among Debtors, Official Committees Of Unsecured Creditors And Access Road Capital, LLC Regarding Settlement With Access Road And Debtors' Continued Use Of Cash Collateral Usage Through The Week Of August 30, 2024*" [Doc. No. 460] (the "Enforcement Motion") to **August 15, 2024 at 1:30 p.m.**,

August 2, 2024

AFTERSHOCK COMICS, LLC &
RIVE GAUCHE TELEVISION

*/s/ Jeffrey S. Kwong*
David L. Neale
Jeffrey S. Kwong
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
Counsel for Debtors and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF CONTINUANCE OF HEARING ON ENFORCEMENT MOTION AND STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 2, 2024 I** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law**
- **Keith Patrick Banner kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **Sara Chenetz schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com**
- **Russell Clementson russell.clementson@usdoj.gov**
- **Alan W Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com**
- **Evelina Gentry evelina.gentry@akerman.com, rob.diwa@akerman.com**
- **Tracy Green tgreen@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com**
- **Robbin L. Itkin ritkin@sklarkirsh.com, mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM**
- **Michael S Kogan mkogan@koganlawfirm.com**
- **Jeffrey S Kwong jsk@lnbyg.com, jsk@ecf.inforuptcy.com**
- **Timothy McMahon tmcmahon@sklarkirsh.com, mduran@sklarkirsh.com**
- **David L. Neale dln@lnbyg.com**
- **Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com**
- **United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**:
On **August 2, 2024***,* I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 2, 2024 I** will serve the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Main Document Page 4 of 15

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 2, 2024 | Lisa Masse | */s/ Lisa Masse* |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

2

AfterShock Comics, LLC
15030 Ventura Blvd. #587
Sherman Oaks, CA 91403

Committee Counsel
Robbin L. Itkin
Sklar Kirsh
1880 Century Park East, Suite 300
Los Angeles, CA 90067

Russell Clementson
U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Committee
Tri Vision Int'l
Attn: Thomas Cho
3700 Wilshire Blvd., #460
Los Angeles, CA 90010

Committee
AC COMICS LTD.
Attn. Simon Fawcett
23 High Street
Pewsey, Wiltshire, UK
SN9 5AF

Committee
Imprimerie L'Empreinte
Attn: Jean-Pierre Rose
4177 Boulevard Industriel
Laval, QC, Canada H7L0G7

Counsel to Skydance
Hugh McCullough
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610

LEGENDARY PICTURES PRODUCTIONS, LLC
c/o Grace Kim, Senior Counsel
2900 W ALAMEDA AVE, SUITE 1500,
BURBANK, CA 91505

Alberto Alburquerque
Sector Embarcaciones 10 9C
Tres Candos
Madrid, Spain 28760-0000,

Access Road Capital LLC
238 Cedar Ave,
Hewlett, NY 11557

Adrian Pratt
224 Gladstone Ave.
Toronto, ON, Canada M6J3L4,

Alex Pruett
5064 Royal Palms Way
Apt #203
New Port Richey, FL 34652

Alberto Locatelli
Arancia Studio
piazza San Carlo, 206
Torino, Italy 10121-0000,

Alex Cormack
P.O. Box 1062
206 -
Chester, VT 05143

Amnesia Inc.
101 California Ave.
Suite 902
Santa Monica, CA 90403

Alex Segura
6040 Lefferts Blvd 1G
Kew Gardens, NY 11415

American Express
c/o Jaffe & Ascher LLP
26895 Aliso Creek Road #B779
Aliso Viejo, CA 92656

Andrea Olimpieri
Via Pietro manzi 40
Civitavecchia  RM , Italy 00053-0000,

Andrea Frittella
Via Olevano Romano 225
Roma  RM , Italy 00171-0000,

Andrea Mutti
Ocean29 SRQ LLC
3388 Ramblewood Dr S. 10-B 4
Sarasota, FL 34237

Andrew T. MacDonald
Whiskey Mech Inc.
437 Eastern Parkway #2
Brooklyn, NY 11216

Andrew Clarke
Homesdale Silver Street
Yeovil
Somerset, England BA22 9UF,

Andrew Iwamasa
2750 S  Homer Road
Midland, MI 48640

Atlantic Screen Capital Ltd
22766 Pacific Coast Highway
Unit B
Malibu, CA 90265

Anthony Cleveland
55 South 450 East
Valparaiso, IN 46383

AS Comics LTD
23 High St
Pewsey Wiltshire, ENGLAND SN9 5AF,

Blue Creek Creative, LLC
Attn: Van Jensen
1419 Mclendon Ave., NE
Atlanta, GA 30307

Baseline LLC/Studio System
PO Box 740474
Los Angeles, CA 90074-0474

Bellatrix Publishing
45 Shawnee Avenue
Rockaway, NJ 07866

Brian Hawkins
5997 Schooner Circle
King George, VA 22485

Bonfire Agency LLC
500 7th Ave
New York, NY 10018

Brett Schenker
2858 Lawrence Drive
Falls Church, VA 22042

c/o Howard Steinberg, Greenberg
Traurig, 1840 Century Park East,
Suite 1900
Los Angeles, CA 90067

Brian Thomas Buccellato
Causeway Entertainment LLC
2700 Chaucer Street Unit 50
Los Angeles, CA 90065

Bryan Hill
900 South Figueroa St.
#2904
Los Angeles, CA 90015

Carmelo Zagaria
Arancia Studio
piazza San Carlo, 206
Torino, Italy 10121-0000,

California Employment Dev. Dept.
Bankruptcy Special Procedures Group
PO Box 826880 MIC 92E
Sacramento, CA 94280

Carlos Mangual
2604 Hammock Ct.
Clearwater, FL 33761

Chris O'Halloran
5 Spring Mount Place
Old Youghal Rd.
Cork City, Ireland T23 T3Y4,

Charles J. Burgio
3001 Lake East Dr #2021
Las Vegas, NV 89117

Charles Pritchett
27 Doiron Drive
Charlottetown, PE, Canada C1E0A7,

Cody Joy
9412 Granite Hill
Columbia, MD 21046

Christopher W. Sebela
5913 SE Woodstock Blvd
Portland, OR 97206

City Diecutting - BookDisplays LLC
One Cory Road
Morristown, NJ 07960

Damian Couceiro
San Lorenzo 3835
Rosario 2000
Santa Fe, Argentina

Corey Breen
15836 Fourmile Creek Ct.
Haymarket, VA 20169

Cullen Bunn
Scorched Earth Productions
3263 W. Camino Alto Street
Springfield, MO 65810

David Harris
7250 S Durango Dr.
Suite 130-183
Las Vegas, NV 89113

Dan Abnett
Damn Fine Monkeys Ltd
71 Sandting Road
Maidstone, Kent, United Kingdom ME14 2RJ,

Daniel Lopez
519 SE 18th Ave
Cape Coral, FL 33990

David Sharpe
112 Pin Oak Drive
New Cumberland, PA 17070

David Hazan
4/1 Mitchell Street
Brunswick
Victoria, AUSTRALIA 03056-0000,

David Lawrence Johnson
1745 N. Orange Dr Apt 229
Los Angeles, CA 90028

Dee Cunniffe
22 Priory Gate
Athboy
County Meath, Ireland C15W6W7,

David Sigurani
3226 Manitou Ave
Los Angeles, CA 90031

David Sigurani-Sigu Sauce Inc
3226 Manitou Ave
Los Angeles, CA 90031

Doug Garbank
1510 Scenery Drive
Elizabeith, PA 15037

DJ Chavis
1109 Wallington Ct NW
Conyers, GA 30012

Dorothy LeAnn Sukman
223 Silky Leaf Drive
Houston, TX 77073

Elliott Kalan
Kalanomics Industries
5458 Month Helena Ave.
Los Angeles, CA 90041

Edward M. Catto
304 N. Hoopes Avenue
Auburn, NY 13021

Elena Slater Welles
1608 Scott Ave
Los Angeles, CA 90026

Eva de la Cruz
Eva de la Cruz Diaz-Valdes
Paseo Doctor Vassallo, 23-D8
Piedralaves, Avila, Spain 05440-0000,

Emilio Pilliu
Arancia Studio
piazza San Carlo, 206
Torino, Italy 10121-0000,

Eric O'Connor
14 Bruce Lane
Farmingdale, NY 11735

Fidelitas Development
2869 Historic Decatur Rd
San Diego, CA 92016

f/s/o Cliff Richards
Glass House Graphics
1060 Glenraven Lane
Clermont, FL 34711

Fenix Works, Inc. DBA Vices Press
Attn: Erica Schultz
193 Penn Ave
Edison, NJ 08817

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 95812

Francesco Segala
Via Ampio Flaviano 20Scala
piano 7, interno 20
Roma, Italy RM 00175,

Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952

Gioele Filippo
Via San Vito 36
Marano Lagunare, Italy 33050-0000,

Francisco Biagini
Via Settevalli 254
Perugia, Italy 06129-0000,

Freeman
PO Box 734569
Dallas, TX 53-4596,

Hassan Otsmane-Elhaou
12 Hungerford Street
Cheltenham, Gloustershire, United Kingdo,

Grant DeArmitt
916 Carroll Street Apt 5B
Brooklyn, NY 11225

Grant Woodard
1804 S Weimer Rd.
Bloomington, IN 47403

Heroes Aren't Hard to Find
PO Box 9181
Charlotte, NC 28299

Hayden Sherman
97 Strqathmore Rd APT 10
Brighton, MA 02135

HelloMuller, Ltd
40 Manor Road
London, England N17 OJJ,

Inaki Miranda
Calle Baleares, 26 - 1C
28937 - Mostoles
Madrid, Spain

Howard Steven Lowe
414 Miller Rd
Clinton, TN 37716

Jack E Maraglia
10133 N Oswego Ave
Portland, OR 97203

Jacob Cannon
4239 Beck Ave.
St. Louis, MO 63116

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Jamal Yaseem Igle
Jamal Igle and Company LLC
238 10th Street, Apt #3
Brooklyn, NY 11215

James Campbell
4 Walkers Close
Bingham, United Kingdom NG13 8BB,

Jacob Phillips
31 Barlow Moor Court
Manchester, United Kingdom M20 2UU,

Jason Wordie
3804 Marlborough Dr NE
Calgary, Alberta, Canada T2A 4L1,

Jawad Qureshi
46970 Ocotillo Count
Fremont, CA 94539

James Gonyea
358 E Baker Ave
Clawson, MI 48017

Jeff A Spry
PO BOX 1073
Sisters, OR 97759

Jeremy Haun
420 Byers Ave.
Joplin, MO 64801

Jay Baruchel
c/o Josh Pearl, CCA
2000 Avenue of the Stars
Los Angeles, CA 90067

Joe Mulvey
62-60 Mt. Olivet Crescent
Middle Village, NY 11379

Joe Pruett
143 Nectar Pl.
Dallas, GA 30132

Joe Crohn
2443 9th Ave.
North Riverside, IL 60546

John Siuntres
2206 W School Street #1E
Chicago, IL 60618

Jon and/or Martha Kramer
470 25th St.
Santa Monica, CA 90402

John Lees
157 Dukes Road
Burnside, Rutherglenn
Glasgow, SCOTLAND G73 5AE,

Jose Holder
1650 Saint-Louis
#701
Montreal, QC, Canada H4L 086,

Jonathan Kramer
470 25th St,
Santa Monica, CA 90402

Jonathan Luna
2587 Eastbourne Dr.
Woodbridge, VA 22191

Joshua Strausbaugh
59 East 5th Street
Chillicothe, OH 45601

Jose Villarrubia
701 Cathedral St. Apt 61
Baltimore, MD 21201

Joseph Eisma
2001 Prestige Cove Ct
St. Paul, TX 75098

Juan Navarro
4800 NW 18th Ave
Miami FL, 33142

Joshua Waldrop
2940 Broadway #33
San Diego, CA 92102

Juan Ignacio Velez Gaitan
Carrer de Foneria 33
Escalera, P3-5
Barcelona, Spain 08038-0000,

Justin Owen Smith
2720 Bridle Drive
Mead, CO 80542

Julio Martinez Perez -- Das Pastoras
c/Floresta 4 Abreara
Barcelona, Spain 08630-0000,

Justin Macuga
14390 Ardara Rd.
North Huntingdon, PA 15642

Kevin Wayne Smith
2309 Dee Kay Dr.
Richmond, VA 23223

Keith Christian Champagne
161 Coventry Road
Mansfield Center, CT 06250

Kelly Fitzpatrick
248 SE 28th Ave.
Portland, OR 97214

Laurence Campbell
59 Bennells Avenue
Whitstable, Kent, United Kingdom CT5 2HP,

Kieran McKeown
19 Bramble Rise Killynebber
Cavan, Ireland,

Korey Bell
226 Tall Trees Cir.
Downingtown, PA 19335

Lorenzo Scaramella
Via XXV Aprile 15
Genzano di Roma RM , Italy 00045-0000,

Lee Kramer
101 California Ave, Suite 902
Santa Monica, CA 90403

Lee Loughridge III
Zylonol Studio Inc.
234 Lugonia St.
Newport Beach, CA 92663

Manuel Puppo
Arancia Studio
piazza San Carlo, 206
Torino, Italy 10121-0000,

Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

Manuel Mendiola
1220 Joe's Lake Dr. SE
Cambridge, MN 55008

Mario Lorente Diez
c/ Manuel Lamela, 11-1 A
Madrid, Spain 28025-0000,

Marcelo Maiolo
Ronin Art Studio LTD ME
Dona Eugenia, 727
Piracicabe, San Paulo, Brazil 01341-6401,

Marco Marz
Comendador Joaquim Cardoso n 119
casa 6 Nilopolis - Centro
Rio de Janeiro, Brazil 26 520 430,

Mark Torres
T3-17H Governor's Place Condo
562 Shaw Blvd., Highway Hills
Mandaluyong City, Philippines 01552-0000,

Mark Englert
25 Donna Street #1212
Palm Harbor, FL 34684

Mark Sable
Sablevision Corporation
3189 Jason Dr.
Bellmore, NY 11710

Matthew Alward
12212 W Dahlia Dr
El Mirage, AZ 85335

Matt Herms
29 Dulany Ct
Sterling, VA 20165

Matt Krotzer
12 Cold Stream Drive
Lancaster, PA 17603

Maxmiliano Dallo
Koehl 2424
Ciudad jardin
Buenos Aires, Argentina 01684-0000,

Matthew Sabatino
35 Leighton Dr
Stratford, CT 06614

Mattia Monaco
Vicende Street 12
San Massimo CB , Italy 86027-0000,

Michael Lightell
4 Trotters Run
Thomasville, NC 27360

Michael J Clarke
113 Winston Way
Oxford, PA 19363-2420

Michael Leonor
1228 145th Avenue
San Leandro, CA 94578

Mitchell S. Gurowitz
2 Ballas Lane
Piscataway, NJ 08854

Mike Marts
45 Shawnee Avenue
Rockaway, NJ 07866

Mike Rooth
2b-77 Lakeshore Road West
Oakville, ON, Canada L6K 1C9,

Nate Townsend
1133 Meadow Creek Dr Apt 263
Irving, TX 75067

Modern Fanatic
44 Donaldson Avenue
Rutherford, NJ 07070

More Fun Inc.
More Fun Comics and Games
c/o Tim Stolzfus, 103 W Hickory St.
Denton, TX 76201

Nick Santora
c/o WME ENTERTAINMENT
9601 Wilshire Blvd., 3rd Floor
Beverly Hills, CA 90210

Naysel Entertainment
Andromeda, 60, 3 C
Mostoles
Madrid, Spain 29039-0000,

Nick Filardi
Filardi Studios LLC
70 Parak Side Dr. #206
Fletcher, NC 28732

Orhan Umut Gokcek
Ilko sitesi 2797. sok No:18
Cayyolu/Cankaya
Ankara, Turkey 06810-0000,

OFS Brightwave, LLC
2000 Northeast Expressway
Norcross, GA 30071-2992

Olivia Briggs
She Will Inc.
3930 Kentucky Dr., #4
Los Angeles, CA 90068

Patricio Delpeche
Juncal 4534, 7A
Buenos Aires, Argentina C1425BAC,

Pablo Raimondi
175 W. 13th St
#7G
New York, NY 10011

Pat Olliffe
214 Church Lane
Edgeworth, PA 15143

Paul Tobin
38 NE 17th Ave
Portland, OR 97232

Paul Azaceta
1351 Bergen Street Apt 2
Brooklyn, NY 11213

Paul Taegel
26928 E. Irish Pl.
Aurora, CO 80016

Peter Tomasi
Astral Productions
27117 Sailside Dr.
Millsboro, DE 19966

Peter Marsh
2201 South Lakeline Blvd, Apt 9206
Cedar Park, TX 78613

Peter Milligan Creations
55 Twyford Avenue
East Finchley
London, United Kingdom N2 9NR,

PublicHaus Communications LLC
8306 Wilshire Blvd #4002
Los Angeles, CA 90211

Piotr Kowalski
UL.CYBERNETYKI 2B / 151
02-677 WARSAW
POLAND

Printology LLC
229 Godwin Ave
Midland Park, NJ 07432

Reed Exhibitions
Relx Inc. dba Reed Exhibitions
P.O. Box 9599
New York, NY 10087-4599

Rae Hancock
3741 Wenzler Drive
Dayton, OH 45429

Rafael de Latorre
2299 dois Corregos Av.
Bl01 Apartment 201
Piracicaba, Sao Paulo, Brazil 01342-0835,

Ricky Mammone
2020 N Beachwood Dr. #209
Los Angeles, CA 90068

Rem Broo - Remus Brezeanu
Dietrich-Bonhoeffer str. 4
Berlin, GERMANY 10407-0000,

Rex Ogle
1372 Edgecliffe Dr.
Los Angeles, CA 90026

Rob Steen
330 Buds Comers Rd.
Red Hook, NY 12571

Rive Gauche Television
15030 Ventura Blvd. #587
Sherman Oaks, CA 91403

Roberta Ingranata
Via Volta, 92
Cologno Monzese
Milan, Italy 20093-0000,

Rod Gonzalez
633 Robert Street
Ridgewood, NJ 07450

Robert Schwager
7127 Hummingbird Lane
New Port Richey, FL 34655

Rose Snyder & Jacobs LLP
15821 Ventura Blvd., Suite 490
Encino, CA 91436

Roy Miranda
Calle Pegaso, 21
Bajo A Mostoles
Madrid, Spain 28938-0000,

Rodrigo Zayas aka Rodrigo Moron de Migue
Avenida Fern ndez Latorre n 1. 5 i
CP, A Coruna, Spain 15006-0000,

Rudy Vela
199 East 37th St
Holland, MI 49423

Russell Braun
4519 Newtown Rd #3
Astoria, NY 11103

Ruben Rubine Cubiles
Sant Antoni Maria Claret 103, 5-3
Barcelona, Spain 08025-0000,

Russell Mark Olsen Comics & Illustration
34 Mallard Road
Rowland Castle
Hampshire, United Kingdom PO9 6HN,

Sacker Entertainment Law PC
12100 Wilshire Blvd
Suite 1540
Los Angeles, CA 90025

Russell Jacob Singer
1264 Elderslide Lane
York, PA 17403

Ryan Lindsay
10 Wassell Pl
Macgregor, Australia ACT 2615,

Sam Romesburg
528 Brunswick Street
Brunswick, MD 21716

Ruth Reeves
410 Cedar Street
Carrollton, GA 30117

Sam Freeman
1815 Bolton St. Apt 2
Baltimore, MD 21217

Santtos Denilson Santtos
Rua Franco, 30
Jardim dos Camargos Barueri
Sao Paulo, CEP, Brazil 00641-0140,

Sal Cipriano
6802 16th Ave.
Brooklyn, NY 11204

San Diego Comic Convention
San Diego Comic Convention P.O. Box 1284
111 W Harbor Dr.
San Diego, CA 92101

Simon Bowland
35 Jasmine Ave
Macclesfield
Cheshire, UK SK10 3GH,

Sami Kivela
Urheilukatu 40 A 5
Helsinki, FINLAND 00250-0000,

Shawn Lee
4567 Hawley Blvd #9
San Diego, CA 92116

Stefano Nesi
Via Giorgio La Pira 22
Castel Maggiore
Bologna, Italy 40013-0000,

Sara Colella
Via Lucrezia Romana 17
Ciampino RM , Italy 00043-0000,

Solisco Imprimerie Solisco Inc.
120, 10e Rue
Scott, QC, Canada GOS3GO,

Stephen Pruett
143 Nectar Pl.
Dallas, GA 30132

Slade Germain
39 Prior Drive
Framingham, MA 01701

Stephanie Phillips
1927 Floresta View Dr.
Tampa, FL 33618

Sullivan Fitzgerald
12530 Braddock Dr. Apt. 215
Los Angeles, CA 90066

Stephan Nilson
4397 SW Appleseed Rd.
Port Saint Lucie, FL 34953

Steve Orlando
40 Paul Gore St. #3
Boston, MA 02130

Taylor Esposito
Ghost Glyph Studios
118 Dawson Ave
Boonton, NJ 07005

Stephen Thompson
8 Verbena Grove
Bayside
Dublin, Ireland 00013-0000,

Tara O'Connor
Stimola Litery Studio, Inc P.O. Box 1066
PO Box 1066
West Tisbury, MA 02575

Transcontinental
Bolte Postale 11276 Succ. Centre-ville
Montreal, QC, Canada H3C 5G9,

Szymon Kudranski
Plac Kosciuszki 4/1
Tarnow, Poland 33-100,

Tonci Zonjic
628 Fleet St, Unit 806
Toronto, ON, Canada M5V 1A8,

Tyler Boss
20 Colonial Circle Apt. 1
Buffalo, NY 14213

Tom Novak
8 Country Club Dr. #6
Manchester, NH 03102

Trinity Peck
6204 Jasper Ct
Lancaster, CA 93536

Valentina Briski
Hlebinska 33
Zagreb, Croatia 10040-0000,

Tri Vision Int'l Inc.
3807 Wilshire Blvd., Suite 1109
Los Angeles, CA 90010

Valentina Bianconi
Via Giappone 2B
Termoli, Italy 86039-0000,

Zac Thompson
c/o Jason Yarn Literary Agency
47 Fort Washington #67
New York, NY 10032

UnitedHealthCare
UHS Premium Billing
PO BOX 94017
Palatine, IL 60094-4017

William M Noftz
700 N. 62nd Street
Seattle, WA 98103

Daniel Duke Panosian
8809 Oakwide Ln.
Los Angeles, CA 90046

Wesley C. St. Claire
68 4th Street 2B
South Orange, NJ 07079

Michael V Bales esq
1801 Century Park East
Suite 1150
Los Angeles, CA 90067

Russell James Wooton
939 S. Hill St.
Apt. 544
Los Angeles, CA 90015

Ziffren Brittenham, LLP
1801 W. Century Park
Los Angeles, CA 90067

Daniel Lopez
2279 Suncrest Village Ln
Johnson City, TN 37615

Kalanomics Industries
5458 Mount Helena Ave.
Los Angeles, CA 90041

Justin Birch
Nail City Letters LLC
16 Peach Ln.
Wheeling, WV 26003

Kelly Fitzpatrick
9539 Monaco Cir.
Navarre, FL 32566

Steve Orlando
18 Tilton Terrace
Lynn, MA 01902-3672

Juan Navarro
4800 NW 18th Ave.
Miami, FL 33142

Kevin Smith
1417 Williamsburg Rd
Richmond, VA 23231

Roberta Ingranata
Strada Agazzana, 102
Peacenza, Italy 29121

Tangram International Exhibitions Inc.
12 Paulding Street
Pleasantville, NY 10570

Dog Whisperer Productions, LLC
c/o Kogan Law Firm, APC
Michael Kogan
11500 W. Olympic Blvd., Ste. 400
Los Angeles, CA 90064

Access Road Capital, LLC
c/o Howard J. Steinberg, Esq.
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

Santa Monica Video, Inc.
4100 W. Alameda Ave., Ste. 208
Burbank, CA 91505

Atlantic Screen Capital
23 High St
Pewsey, Wiltshire
UK SN9 5AF

James Patrick Reedy
519 10 1/2 Street
Parkersburg, WV 26101

Columbia Pictures Industries Inc
c/o Sara L Chenetz/Perkins Coie LLP
1888 Century Park East Ste 1700
Los Angeles CA 90067

AMC TV Studios LLC
Attention: Legal Affairs
11 Penn Plaza
New York, NY 10001

Tri Vision Int'l Inc.
3807 Wilshire Blvd., Suite 460
Los Angeles, CA 90010

Olivia Briggs
5309 Loleta Ave
Eagle Rock CA 90041

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Imprimerie L'Empreinte
Att: Beaule Marjolaine, CPA
4177, boul Industriel
Laval, QC, CANADA H7L 0G7

Arancia Studio s.n.c.
c/o Tracy Green
Fennemore Wendel
1111 Broadway, 24th Floor
Oakland, CA 94607

Tri Vision Int'l Inc.
3700 Wilshire Blvd., Suite 460
Los Angeles, CA 90010

AMC TV Studios LLC
Attention: Business Affairs
2425 West Olympic Blvd, Suite 400 E
Santa Monica, CA 90404

AMC TV Studios LLC
Loeb & Loeb LLP,
Attn: Bethany D. Simmons
345 Park Avenue
New York, NY 10154

Rive Gauche Television
15030 Ventura Blvd. #587
Sherman Oaks, CA 91403

Russell Clementson
U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Access Road c/o Howard Steinberg
Greenberg Traurig LLP
1840 Century Park East, Ste 1900
Los Angeles, CA 90067

Access Road Capital LLC
Attn: Zachary Tarica
238 Cedar Ave
Hewlett, NY 11557

AfterShock Comics, LLC
15030 Ventura Blvd. #587
Sherman Oaks, CA 91403

AMC Networks International Broadcasting
111 Salusbury Rd
London, United Kingdom NW6 8RG,

California Employment Dev. Dept.
Bankruptcy Special Procedures Group
PO Box 826880 MIC 92E
Sacramento, CA 94280

Creative Differences
20 N. Raymond Ave.
Suite 250
Pasadena, CA 91103

Dinter, Inc.
5717 SE Miles Grant Rd.
Stuart, FL 34997

Discovery Networks Intl LLC
1 Discovery Place
Silver Spring, MD 20910

Farpoint Films, Inc.
201-1440 Jack Blick Ave
Winnipeg, Manitoba
R3G 0L4
CANADA

Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

Indigo Films Entertainment Group
3001 Bridgeway
Suite K.#374
Sausalito, CA 94965

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Inxite, LLC
1491 Laurel Hill Dr.
San Mateo, CA 94402

Jon and/or Martha Kramer
470 25th St.
Santa Monica, CA 90402

Jonathan Kramer
470 25th Street
Santa Monica, CA 90402

Jupiter Entertainment, Inc.
8923 Linksvue Dr.
Knoxville, TN 37922

Lower Canada Productions Inc
1200 Bay St. #400
Toronto
Ontario, Canada M5R 2A5,

M2 Pictures
c/o Agency for the Performing Arts
405 S Beverly Dr, 4th Floor
Beverly Hills, CA 90212

Michael V. Bales, Esq
1801 Century Park East
Suite 1150
Los Angeles, CA 90067

Moment For Justice Producs Inc.
c/o Nat'l Bank of Canada
400-1200 Bay St., Toronto
Ontario, Canada M5R 2A5,

OTTera Inc.
5152 Sepulveda Blvd
Sherman Oaks, CA 91403

Prudential Insurance
PO Box 856138
Louisville, KY 40285-6138

Robert Half Agency
PO Box 743295
Los Angeles, CA 90074-3295

Rose Snyder & Jacobs
15821 Ventura Blvd.
Suite 490
Encino, CA 91436

Santa Monica Video
4100 W. Alameda
Suite 208
Burbank, CA 91505

Sauer & Wagner LLP
1801 Century Park East
Suite 1150
Los Angeles, CA 90067

Synoptek, LLC
412 E. Parkcenter Blvd.
Suite 300
Boise, ID 83706

Tangram International Exhibitions, Inc.
12 Paulding St.
Pleasantville, NY 10570

TBS-CNN
CNN Center SE, 1311 C
Atlanta, GA 30303

World Screen
1123 Broadway
Suite 1207
New York, NY 10010

Saturn Software Company
Attn: Elizabeth Pole
10940 Wilshire Blvd. #1600
Los Angeles, CA 90024-3944

CBS AMC Networks
UK Channels Partnership
33 Broadwick Street
London UK W1F ODQ

M2 Pictures, LLC
Dennis T. Lewandowski, Esq.
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510

Dog Whisperer Productions, LLC
c/o Kogan Law Firm, APC
Michael Kogan
11500 W. Olympic Blvd., Ste. 400
Los Angeles, CA 90064

Lower Canada Productions Inc.
Keith Patrick Banner
Greenberg Glusker Fields Claman
& Machtinger LLP
2049 Century Park East, Ste. 2600
Los Angeles, CA 90067

The Moment for Justice Productions Inc.
Keith Patrick Banner
Greenberg Glusker Fields Claman
& Machtinger LLP
2049 Century Park East, Ste. 2600
Los Angeles, CA 90067

CNN Productions, Inc.
c/o Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Robert Half
Recovery Dept.
PO Box 5024
San Ramon CA 94583

Marine Ksadzhikyan
17061 Germain Street
Granada Hills, CA 91344-1706

Antonia M Lianos
3017 S Canfield Ave
Los Angeles, CA 90034-3017

Laurie Carreira
PO BOX 57074
Sherman Oaks, CA 91413-5707