DAVID L. NEALE (SBN 141225)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dln@lnbyg.com; jsk@lnbyg.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

**MAR 13 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>AFTERSHOCK COMICS, LLC, a California limited liability company,<br><br>       Debtor and Debtor in Possession.<br><br>In re:<br><br>RIVE GAUCHE TELEVISION, a California corporation,<br><br>       Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br>☐ Affects AfterShock Comics, LLC only<br>☐ Affects Rive Gauche Television only | Lead Case No.: 1:22-bk-11456-MB<br><br>Jointly administered with:<br>1:22-bk-11457-MB<br>(Rive Gauche Television).<br>Chapter 11 Cases<br><br>**AGREED ORDER AUTHORIZING DEBTORS TO USE CASH COLLATERAL THROUGH MARCH 31, 2025** |

1

This Court having considered, among other things, the agreement by the Debtors, the Official Committees of Unsecured Creditors appointed in the Debtors' bankruptcy cases (the "Committees"), and Access Road Capital, LLC ("ARC," and together with the Debtors and the Committees, the "Parties") regarding the Debtors' usage of cash collateral set forth in this Order (the "Agreement"); good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

(1) The Agreement is approved.

(2) The Debtors may use Cash Collateral for the period from the week of January 31, 2025 through March 31, 2025 (the "Period") pursuant to the proposed budget attached as **Exhibit "1"** hereto.

(3) If Cash Collateral is not used for a particular line item in the Budget during any week of the Period, or if Cash Collateral is used in an amount less than specified in such line item during such week, then the Debtors may use the unspent balance of such line item in subsequent weeks during the Period.

(4) Except as expressly modified by this Stipulation, all of the terms and conditions of the Court's "*Agreed Order Authorizing Debtors to Use Cash Collateral Through the Week of April 30, 2024*" [Doc. No. 425] remain in full force and effect.

# # #

Date: March 13, 2025

Martin R Barash
United States Bankruptcy Judge

DAVID L. NEALE (SBN 141225)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dln@lnbyg.com; jsk@lnbyg.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>AFTERSHOCK COMICS, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>RIVE GAUCHE TELEVISION, a California corporation,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br>☐ Affects AfterShock Comics, LLC only<br>☐ Affects Rive Gauche Television only | Lead Case No.: 1:22-bk-11456-MB<br><br>Jointly administered with:<br>1:22-bk-11457-MB<br>(Rive Gauche Television).<br>Chapter 11 Cases<br><br>**AGREED ORDER AUTHORIZING DEBTORS TO USE CASH COLLATERAL THROUGH MARCH 31, 2025** |

1

1   This Court having considered, among other things, the agreement by the Debtors, the
2   Official Committees of Unsecured Creditors appointed in the Debtors' bankruptcy cases (the
3   "Committees"), and Access Road Capital, LLC ("ARC," and together with the Debtors and the
4   Committees, the "Parties") regarding the Debtors' usage of cash collateral set forth in this Order
5   (the "Agreement"); good and sufficient cause appearing therefore,

6   **IT IS HEREBY ORDERED THAT:**

7   (1)   The Agreement is approved.

8   (2)   The Debtors may use Cash Collateral for the period from the week of January 31,
9   2025 through March 31, 2025 (the "Period") pursuant to the proposed budget attached as
10  **Exhibit "1"** hereto.

11  (3)   If Cash Collateral is not used for a particular line item in the Budget during any
12  week of the Period, or if Cash Collateral is used in an amount less than specified in such line
13  item during such week, then the Debtors may use the unspent balance of such line item in
14  subsequent weeks during the Period.

15  (4)   Except as expressly modified by this Stipulation, all of the terms and conditions
16  of the Court's "*Agreed Order Authorizing Debtors to Use Cash Collateral Through the Week of*
17  *April 30, 2024*" [Doc. No. 425] remain in full force and effect.

18  ###

Agreed

| | |
|---|---|
| DATED: MARCH 11, 2025 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. |
| | |
| | */s/ Jeffrey S. Kwong* |
| | David L. Neale |
| | Jeffrey S. Kwong |
| | Counsel for Debtors and Debtors in Possession |
| | |
| DATED: MARCH __, 2025 | LOWENSTEIN SANDLER LLP |
| | |
| | |
| | Andrew D. Behlmann |
| | Counsel for Access Road Capital, LLC |
| | |
| DATED: MARCH 10, 2025 | SKLAR KIRSH LLP |
| | |
| | *[signature: Robbin L. Itkin]* |
| | Robbin L. Itkin |
| | Counsel for the Official Committees for Unsecured Creditors |

3

Agreed

DATED: MARCH 11, 2025      LEVENE, NEALE, BENDER, YOO
                                                                                      & GOLUBCHIK L.L.P.

                                                    /s/ *Jeffrey S. Kwong*
                                                        David L. Neale
                                                      Jeffrey S. Kwong
                          Counsel for Debtors and Debtors in Possession

DATED: MARCH 10, 2025      LOWENSTEIN SANDLER LLP

                                                      Andrew D. Behlmann
                                Counsel for Access Road Capital, LLC

DATED: MARCH __, 2025      SKLAR KIRSH LLP

                                                      Robbin L. Itkin
                          Counsel for the Official Committees for Unsecured Creditors

# EXHIBIT "1"

| AfterShock Media | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 1,389,309 | 1,299,984 | 1,260,366 | 1,263,163 | 1,254,208 | 1,639,688 | 1,671,215 | 1,680,128 | 1,557,247 |
| | 1/31/2025 | 2/7/2025 | 2/14/2025 | 2/21/2025 | 2/28/2025 | 3/7/2025 | 3/14/2025 | 3/21/2025 | 3/28/2025 |
| **Cash Inflows** | | | | | | | | | |
| Rive Gauche Receivables | - | - | 78,340 | | | 48,547 | | 6,074 | - |
| Rive Gauche Estimated Receivables | | | | | | | | | |
| Rive Gauche AVOD | | | | | 500,000 | 9,139 | 4,956 | | 307,000 |
| Other Reimbursements (other inflows) | | | | | | | | | |
| Production Services, Pit Bulls S12/S13, net | | | | | | | | | |
| New Comic Sales (Diamond) | | | | | | | | | |
| Comic Sales (Comixology/Amazon) | 408 | | | | 500 | | | | 500 |
| Aftershock - Comic Sales - Foreign | | | | | | | | | |
| Other Comic Revenues (Variant Covers, etc) | | | | | | | | | |
| Conventions | | | | | | | | | |
| Option Fees Film/TV | 25,000 | - | - | - | - | 12,500 | 67,500 | - | 40,000 |
| Revolver Loan | | - | | | | - | | | |
| Purchase Price - With Rights | - | - | | | - | - | | | - |
| Purchase Price | - | - | | | - | - | | | - |
| LG/BG issuer Fee | | - | | | | - | | | |
| Work Fee Sandton | | - | | | | - | | | |
| Guarantee Finders Fee | | - | | | | - | | | |
| Forest Road | | - | | | | - | | | |
| Total Income | 25,408 | - | 78,340 | - | 500,500 | 70,186 | 72,456 | 6,074 | 347,500 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | 1,389,309 | 1,299,984 | 1,260,366 | 1,263,163 | 1,254,208 | 1,639,688 | 1,671,215 | 1,680,128 | 1,557,247 |
| | | 1/31/2025 | 2/7/2025 | 2/14/2025 | 2/21/2025 | 2/28/2025 | 3/7/2025 | 3/14/2025 | 3/21/2025 | 3/28/2025 |
| **Cash Outflows** | | 1.31 pr | - | 2.15 pr | - | 2.28 pr | - | 3.15 pr | - | 3.31 pr |
| **Comic Creation Costs** | | | | | | | | | | |
| **Comic Printing Costs (rolled up in creation)** | | | | | | | | | | |
| Working Capital (SG&A, Prepaid and Recoupable Costs, etc) | | 114,733 | 39,618 | 75,544 | 8,955 | 115,020 | 38,659 | 63,544 | 8,955 | 127,620 |
| **AfterShock Comics** | | 7,815 | 9,484 | 6,680 | 5,080 | 13,772 | 13,084 | 6,680 | 5,080 | 11,772 |
| Bank fees | | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| Convention expense | | | | | | | | | | |
| Business Meetings/Meals | | 621 | | | | 1,500 | | | | 1,500 |
| Copyright Expense | | - | - | | - | - | - | | - | - |
| Entertainment | | | | | | | | | | |
| Insurance | | | | | | | | | | |
| Health | | 2,634 | | 1,600 | | 2,635 | | 1,600 | - | 2,635 |
| Liability | | | - | | | | 3,600 | | | |
| Legal - Sacker | | | 7,500 | | | | 7,500 | | | |
| Legal (Neale) | | | | | | | | | | |
| UK Legal | | | | - | 5,000 | - | - | | 5,000 | |
| Marketing | | | | | | | | | | |
| Computer software utilities | | - | | | | 600 | | | | 600 |
| Microsoft 360 | | - | | | | 580 | | | | 580 |
| Dropbox | | - | | | | 380 | | | | 380 |
| Slack | | - | | | | 335 | | | | 335 |
| Zoom | | - | | | | 114 | | | | 114 |
| Baseline (studio system) | | | | | | | | | | |
| Adobe | | - | | | | 15 | | | | 15 |
| Docusign (paid annually in 2022) | | | | | | | | | | |
| Web site hosting | | 750 | | | | 750 | | | | 750 |
| Website maintenance | | | | | | | | | | |
| Stuart Rekant DIP Loan Advisor | | | - | | | | - | | | |
| **US Trustees** | | 1,220 | | | | | | | | |
| Office/Storage rent | | 641 | 1,613 | - | | 2,202 | 1,613 | - | - | 2,202 |
| Office supplies | | | | | | | | | | |
| Public relations | | | | 5,000 | | | | 5,000 | | |
| Research materials / Decks | | - | | | | 20 | | | | 20 |
| Shipping, postage | | 16 | | | | 75 | | | | 75 |
| Social Media | | - | | | | 2,000 | | | | |
| Subscriptions | | - | | | | 520 | | | | 520 |
| Telephone (Ring Central) | | - | | | | 125 | | | | 125 |
| Taxes - business (rose synder) & various | | - | | | | - | | | | - |
| Tax and accounting | | 1,853 | 291 | | | 1,841 | 291 | | | 1,841 |
| Travel | | | | | | | | | | |
| Amex - Unclassified aftershock | | | | | | | | | | |
| Other expense | | | - | - | | | | | | |

| Beginning Balance | 1,389,309 | 1,299,984 | 1,260,366 | 1,263,163 | 1,254,208 | 1,639,688 | 1,671,215 | 1,680,128 | 1,557,247 |
|---|---|---|---|---|---|---|---|---|---|
|  | 1/31/2025 | 2/7/2025 | 2/14/2025 | 2/21/2025 | 2/28/2025 | 3/7/2025 | 3/14/2025 | 3/21/2025 | 3/28/2025 |
| **Rive Gauche** | 25,074 | 30,134 | 37,491 | 3,875 | 15,291 | 25,575 | 25,491 | 3,875 | 24,392 |
| US PO Box |  |  |  |  |  |  |  |  |  |
| Bank fees | 115 | 150 | 150 | 450 | 150 | 150 | 150 | 450 | 150 |
| UnitedHealthCare/ Health Insurance |  |  |  |  |  |  |  |  |  |
| Liability Insurance |  |  |  |  |  | 12,000 |  |  |  |
| Bob Chapman (Sauer & Wagner) |  | - |  |  |  |  |  |  |  |
| City of Of Los Angeles / Franchise Tax Board |  |  |  |  | - |  |  |  | - |
| Copyrights |  |  |  |  |  |  |  |  |  |
| Dinter Inc. (fso Tomas Silva) |  |  |  |  |  |  |  |  |  |
| **US Trustees** | 2,052 | - |  |  |  |  |  |  |  |
| Jon Kramer - Medical | 762 |  |  |  | 762 |  |  |  | 762 |
| Reimburse Jon Kramer |  |  |  |  |  |  |  |  |  |
| AMEX reimb Delta #1 |  |  |  |  |  |  |  |  |  |
| AMEX reimb Platinum #2 |  |  |  |  |  |  |  |  |  |
| AMEX reimb Delta #2 |  |  |  |  |  |  |  |  |  |
| Chase 5026 |  |  |  |  |  |  |  |  |  |
| Chase 5135 |  |  |  |  |  |  |  |  |  |
| Chase 8313 |  |  |  |  |  |  |  |  |  |
| Marketing |  |  | 1,000 |  |  |  | 1,000 |  |  |
| Computer software utilities: |  |  |  |  |  |  |  |  |  |
| Microsoft 360 | 550 |  |  |  | 550 |  |  |  | 550 |
| Dropbox |  |  |  |  |  |  |  |  |  |
| Slack |  |  |  |  |  |  |  |  |  |
| Zoom | 162 |  |  |  | 162 |  |  |  | 162 |
| Comet, Saturn Software |  |  |  |  |  |  |  |  |  |
| Adobe | 20 |  |  |  | 20 |  |  |  | 20 |
| Docusign (paid annually) |  |  |  |  |  |  |  |  |  |
| Web site hosting | 1,000 |  |  |  | 100 |  |  |  | 100 |
| Website maintenance |  |  |  |  |  |  |  |  |  |
| **Markets/Conventions** |  |  |  |  |  |  |  |  |  |
| Asia TV Forum - all expenses dec 2-6 |  |  |  |  |  |  |  |  |  |
| Banff - Jun 8-11, 25 |  | 1,500 |  |  |  |  |  |  |  |
| MIP London - Feb23-27. 25 | 783 |  | 17,000 |  |  |  |  |  |  |
| MIP (booth construction Tangram) & Other |  | 6,560 |  |  |  |  |  |  |  |
| Reed Midem - MIP (booth registration) |  |  |  |  |  |  |  |  |  |
| Real Screen Travel & Expense feb 3-5 (NAPTE feb 5-7) | 10,000 | 1,714 |  |  |  |  |  |  |  |
| Sales Travel/Client Trips |  |  |  |  |  |  |  |  | 10,000 |
| T-Mobile (due the 9th) |  |  | 506 |  |  |  | 506 |  | - |
| **Michael Bales & other Legal** |  |  |  |  |  |  |  |  |  |
| Legal (Neale) |  |  |  |  |  |  |  |  |  |
| Office Supplies |  |  |  |  |  |  |  |  |  |
| Rent - storage unit |  |  |  |  |  |  |  |  |  |
| Ottera |  |  | 5,000 |  | - |  | 5,000 |  | - |
| Parking |  |  |  |  |  |  |  |  |  |
| Professional Subscription (C21, Broadcast) annual |  |  |  |  | 900 |  |  |  |  |
| Prudential - key man insurance |  |  |  |  |  |  |  |  |  |
| **Robert Half/Temp Accounting** | 2,611 | 3,264 | 3,264 | 3,264 | 3,264 | 3,264 | 3,264 | 3,264 | 3,264 |
| Rose, Snyder and Jacobs |  |  |  |  |  |  |  |  |  |
| Restructing Solutions-Financial Consultant | - |  | 10,000 |  |  |  | 10,000 |  |  |
| Santa Monica Video ()cogs | 5,134 | 5,000 |  | - | 5,134 |  | 5,000 |  | 5,134 |
| Synoptek | - | 1,785 | 410 |  | 1,785 |  | 410 |  | 1,785 |
| Payroll Costs (Taxes and Workers Comp) | 385 | 161 | 161 | 161 | 965 | 161 | 161 | 161 | 965 |
| C21 - Mipcom advertising |  |  |  |  |  |  |  |  |  |
| T&E reimbursements | 1,500 |  |  |  | 1,500 |  |  |  | 1,500 |
| World Screen |  |  |  |  |  |  |  |  |  |
| Miscellaneous |  | 10,000 |  |  |  | 10,000 |  |  |  |
| AVOD Costs - Creation and Delivery Costs |  |  |  |  |  |  |  |  |  |
| AVOD Costs - Access Costs |  |  |  |  |  |  |  |  |  |
| AVOD Costs - Dubbing | - |  |  |  |  |  |  |  |  |
| **AfterShock Media Combined Salaries** | 81,844 | - | 31,373 | - | 85,956 | - | 31,373 | - | 91,456 |

| | Beginning Balance | 1,389,309 | 1,299,984 | 1,260,366 | 1,263,163 | 1,254,208 | 1,639,688 | 1,671,215 | 1,680,128 | 1,557,247 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1/31/2025 | 2/7/2025 | 2/14/2025 | 2/21/2025 | 2/28/2025 | 3/7/2025 | 3/14/2025 | 3/21/2025 | 3/28/2025 |
| | | - | - | | | - | - | | | - |
| | Other Investor Interest and Loan Payments | - | - | | | - | - | | | - |
| | **Growth, Development and Consolidation** | | | | | | | | | |
| | Capex Investments (New office FF&E and LHI, IT Hardware) | | | | | | | | | |
| | Rive Gauche Royalties and MG Payables | - | - | - | - | - | - | - | 120,000 | - |

| | | 1/31/2025 | 2/7/2025 | 2/14/2025 | 2/21/2025 | 2/28/2025 | 3/7/2025 | 3/14/2025 | 3/21/2025 | 3/28/2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | 1,389,309 | 1,299,984 | 1,260,366 | 1,263,163 | 1,254,208 | 1,639,688 | 1,671,215 | 1,680,128 | 1,557,247 |
| Estimated Quarterly Royalties (Escrow holding acct) | | - | - | - | - | - | - | - | - | - |
| Total Expense | | 114,733 | 39,618 | 75,544 | 8,955 | 115,020 | 38,659 | 63,544 | 128,955 | 127,620 |
| Monthly Cash Movement | | (89,325) | (39,618) | 2,796 | (8,955) | 385,480 | 31,527 | 8,912 | (122,881) | 219,880 |
| Total Cash Balance | | 1,299,984 | 1,260,366 | 1,263,163 | 1,254,208 | 1,639,688 | 1,671,215 | 1,680,128 | 1,557,247 | 1,777,127 |

| | 1/31/2025 | 2/7/2025 | 2/14/2025 | 2/21/2025 | 2/28/2025 | 3/7/2025 | 3/14/2025 | 3/21/2025 | 3/28/2025 |
|---|---|---|---|---|---|---|---|---|---|
| **New Headcount** | 1.31 pr | | 2.15 pr | | 2.28 pr | | 3.15 pr | | 3.31 pr |
| Ambassador Network - 100 Visits/month | | | | | | | | | - |
| Sarah Pruett | - | | 1,760 | | 1,760 | | 1,760 | | 1,760 |
| Gigi Williams | | | | | | | | | |
| Anne Randulic (Sedgwick) (ach) | - | - | | | | | | | |
| Lisa Moody | 3,596 | | 3,080 | | 3,080 | | 3,080 | | 3,080 |
| | | | | | | | | | |
| **Scripted Film/Television Development** | | | | | | | | | |
| Dan Shires, VP UK (wire) | 9,967 | | | | 12,000 | | | | 12,000 |
| | | | | | | | | | |
| **Lee's Department** | | | | | | | | | |
| David Sigurani (ach) | | | 6,500 | | | | 6,500 | | |
| Max Zupanovic - Director, Film/TV | 3,000 | | 3,000 | | 3,000 | | 3,000 | | 3,000 |
| | | | | | | | | | |
| **RGTV** | 1.31 pr | 0 | 2.15 pr | 0 | 2.28 pr | 0-Jan | 3.15 pr | 0 | 3.31 pr |
| Justina Hembrik | 7,901 | | 6,200 | | 6,200 | | 6,200 | | 6,200 |
| Jeff Ford | 10,297 | | | | 4,500 | | | | 10,000 |
| Robby Amar - Marketing and Sales | | | | | 8,333 | | | | 8,333 |
| | | | | | | | | | |
| **Existing Headcount** | 47,083 | - | 10,833 | - | 47,083 | - | 10,833 | - | 47,083 |
| Katherine Jamison | 2,083 | | 2,083 | | 2,083 | | 2,083 | | 2,083 |
| Lee Kramer, Amnesia Inc (ach) | 11,250 | | - | | 11,250 | | - | | 11,250 |
| Ryan Carroll | 3,125 | | 3,125 | | 3,125 | | 3,125 | | 3,125 |
| Steve Rotterdam, Bonfire Agency LLC (ach) | 5,625 | | 5,625 | | 5,625 | | 5,625 | | 5,625 |
| Jon Kramer Dist - ASC | 12,500 | | | | 12,500 | | | | 12,500 |
| Jon Kramer Dist - RGTV | 12,500 | | | | 12,500 | | | | 12,500 |
| | | | | | | | | | |
| **Hourly Employees** | | | | | | | | | |
| **Total Salaries** | 81,844 | - | 31,373 | - | 85,956 | - | 31,373 | - | 91,456 |
| **Total FICA Employer Share** | 2,389 | - | 1,935 | - | 2,394 | - | 1,935 | - | 2,394 |

Agreed

DATED: MARCH __, 2025     LEVENE, NEALE, BENDER, YOO
                                       & GOLUBCHIK L.L.P.

                                  */s/ Jeffrey S. Kwong*
                                     David L. Neale
                                     Jeffrey S. Kwong
                    Counsel for Debtors and Debtors in Possession

DATED: MARCH __, 2025     LOWENSTEIN SANDLER LLP


                                     Andrew D. Behlmann
                          Counsel for Access Road Capital, LLC

DATED: MARCH __, 2025     SKLAR KIRSH LLP


                                     Robbin L. Itkin
Counsel for the Official Committees for Unsecured Creditors

3