# UNITED STATES BANKRUPTCY COURT

## CENTRAL  DISTRICT OF  CALIFORNIA

### San Fernando Valley Division

In Re. Rive Gauche Television

§
§
§
§

_____
Debtor(s)

Case No.  22-11457

Lead Case No.  22-11456

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2025

Petition Date: 12/19/2022

Months Pending: 30

Industry Classification: | 5 | 1 | 5 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    2

Debtor's Full-Time Employees (as of date of order for relief):    3

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jonathan Kramer
_____
Signature of Responsible Party

07/15/2025
_____
Date

Jonathan Kramer
_____
Printed Name of Responsible Party

15030 Ventura Blvd. #587, Sherman Oaks, CA 91403
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
San Fernando Valley Division

| | | |
|---|---|---|
| In Re: Rive Gauche Television | § | Case No. 22-11457 |
| | § | |
| | § | Lead Case No. 22-11456 |
| Debtor(s) | § | ☒ Jointly Administered |

### Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2025

Petition Date: 12/19/2022

Months Pending: 30

Industry Classification: 5 1 5 1

Reporting Method:     Accrual Basis ○     Cash Basis ●

Debtor's Full-Time Employees (current): 2

Debtor's Full-Time Employees (as of date of order for relief): 3

### Supporting Documentation (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jonathan Kramer
Signature of Responsible Party

Jonathan Kramer
Printed Name of Responsible Party

07/15/2025
Date

15000 Ventura Blvd, #587, Sherman Oaks, CA 91403
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

1

UST Form 11-MOR (12/01/2021)

Debtor's Name  Rive Gauche Television                                    Case No.  22-11457

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative | |
|---|---|---|---|
| a. Cash balance beginning of month | $1,169,751 | | |
| b. Total receipts (net of transfers between accounts) | $48,994 | $6,826,797 | $39,500 of |
| c. Total disbursements (net of transfers between accounts) | $133,293 | $6,017,970 | transfers |
| d. Cash balance end of month (a+b-c) | $1,085,451 | | from RGTV |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 | to Aftershock. |
| f. Total disbursements for quarterly fee calculation (c+e) | $133,293 | $6,017,970 | |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $224,392 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $718 |
| c. Inventory  (Book ○  Market ○  Other ◉  (attach explanation)) | $142,021 |
| d. Total current assets | $1,214,445 |
| e. Total assets | $59,015,896 |
| f. Postpetition payables (excluding taxes) | $1,202,385 |
| g. Postpetition payables past due (excluding taxes) | $1,063,661 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $1,202,385 |
| k. Prepetition secured debt | $16,785,928 |
| l. Prepetition priority debt | $800 |
| m. Prepetition unsecured debt | $3,835,578 |
| n. Total liabilities (debt) (j+k+l+m) | $21,824,691 |
| o. Ending equity/net worth (e-n) | $37,191,205 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $48,994 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $15,375 | |
| c. Gross profit (a-b) | $33,619 | |
| d. Selling expenses | $7,694 | |
| e. General and administrative expenses | $70,725 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Rive Gauche Television                    Case No.  22-11457

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $26,500 | $0 | $26,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | LNBYG | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | Sacker Ent. Law P.C. | Special Counsel | $0 | $16,500 | $0 | $16,500 |
| iii | Exceptional Leaders Int'l | Financial Professional | $0 | $10,000 | $0 | $10,000 |
| iv | Michael V. Bales, Esq. | Special Counsel | $0 | $0 | $0 | $0 |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Rive Gauche Television                                    Case No.  22-11457

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Rive Gauche Television                                        Case No.  22-11457

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Rive Gauche Television                                                                Case No.  22-11457

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Rive Gauche Television                                    Case No. 22-11457

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Rive Gauche Television                                      Case No.  22-11457

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ●  No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ○  No ● | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● | |
| i. | Do you have:          Worker's compensation insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ●  No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ●  No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ | |

Debtor's Name Rive Gauche Television                                    Case No.  22-11457

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


/s/ Jonathan Kramer                                    Jonathan Kramer
_____                                _____
Signature of Responsible Party                          Printed Name of Responsible Party

President                                              07/15/2025
_____                                _____
Title                                                  Date

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Jonathan Kramer

Signature of Responsible Party

President

Title

Jonathan Kramer

Printed Name of Responsible Party

07/15/2025

Date

**RGTV**

| | Post-Petition Payables | Post-Petition Payables Past Due | | | | | | | 0 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec-22 | 300,980 | - | 2,085 | 0 | 0 | 0 | 719 | 0 | 33,000 | 80,528 |
| Jan-23 | 310,641 | 4,750 | 2,928 | 0 | 0 | 0 | 5,014 | 0 | 4,241 | 0 |
| Feb-23 | 317,282 | 57,228 | 2,273 | 0 | 0 | 0 | 2,273 | 0 | 85,000 | 0 |
| Mar-23 | 629,671 | 301,233 | 2,307 | 0 | 0 | 0 | 2,307 | 0 | 170,000 | 0 |
| Apr-23 | 626,892 | 358,982 | 2,217 | 0 | 0 | 0 | 2,217 | 0 | 200,442 | 0 |
| May-23 | 700,794 | 624,975 | 2,310 | 0 | 0 | 0 | 2,310 | 0 | 161,572 | 0 |
| Jun-23 | 988,466 | 685,784 | 2,496 | 0 | 0 | 0 | 2,496 | 0 | 373,421 | 0 |
| Jul-23 | 986,112 | 722,248 | 2,309 | 0 | 0 | 0 | 2,309 | 0 | 253,506 | 0 |
| Aug-23 | 1,045,868 | 977,562 | 2,327 | 0 | 0 | 0 | 2,327 | 0 | 573,318 | 0 |
| Sep-23 | 1,354,443 | 986,252 | 2,913 | 0 | 0 | 0 | 2,913 | 2,769 | 242,476 | 718 |
| Oct-23 | 1,434,479 | 994,147 | 1,179 | 0 | 0 | 0 | 1,123 | 0 | 224,392 | 718 |
| Nov-23 | 1,484,106 | 1,321,235 | 2,686 | 0 | 0 | 0 | 1,179 | 0 | 320,256 | 718 |
| Dec-23 | 1,687,761 | 1,361,008 | 2,353 | 2,686 | 0 | 0 | 0 | 0 | 167,393 | 718 |
| Jan-24 | 2,062,631 | 1,523,208 | 0 | 5,039 | 0 | 0 | 0 | 0 | 498,150 | 3719 |
| Feb-24 | 2,091,162 | 1,850,049 | 0 | 5,039 | 0 | 0 | 0 | 0 | 651,747 | 3719 |
| Mar-24 | 2,210,053 | 2,008,847 | 0 | 5,039 | 0 | 0 | 0 | 0 | 300,994 | 7707 |
| Apr-24 | 2,222,030 | 2,013,586 | 0 | 5,039 | 0 | 0 | 0 | 0 | 775,697 | 7707 |
| May-24 | 2,227,821 | 2,036,028 | 0 | 5,039 | 0 | 0 | 0 | 0 | 533,015 | 4706 |
| Jun-24 | 2,238,646 | 2,194,723 | 0 | 5,039 | 0 | 0 | 0 | 0 | 351,899 | 4706 |
| Jul-24 | 2,622,300 | 2,197,801 | 0 | 5,039 | 0 | 0 | 0 | 0 | 351,899 | 4706 |
| Aug-24 | 2,375,057 | 1,930,903 | 0 | 5,039 | 0 | 0 | 0 | 2897 | 383,435 | 4706 |
| Sep-24 | 2,329,484 | 2,302,672 | 0 | 5,039 | 0 | 0 | 0 | 0 | 886,023 | 4706 |
| Oct-24 | 2,336,009 | 2,316,032 | 0 | 5,039 | 0 | 0 | 0 | 0 | 1,357,486 | 4706 |
| Nov-24 | 3,222,979 | 2,302,949 | 0 | 5,039 | 0 | 0 | 0 | 0 | 1,025,770 | 4706 |
| Dec-24 | 3,184,510 | 3,173,459 | 0 | 5,039 | 0 | 0 | 0 | 0 | 781,977 | 4706 |
| Jan-25 | 3,185,786 | 3,178,815 | 0 | 5,039 | 0 | 0 | 0 | 0 | 509,884 | 4706 |
| Feb-25 | 3,272,003 | 3,259,103 | 1612 | 5,039 | 0 | 0 | 1612 | 0 | 499,671 | 4706 |
| Mar-25 | 3,447,903 | 3,238,964 | 2851 | 5,039 | 0 | 0 | 2851 | 0 | 320,142 | 4706 |
| Apr-25 | 4,055,151 | 4,031,742 | 2851 | 5,039 | 0 | 800 | 2851 | 528 | 176,408 | 4706 |
| May-25 | 4,498,253 | 3,989,550 | 2658 | 5,039 | 0 | 0 | 2658 | 0 | 298,684 | 4706 |

Debtor's Name  Rive Gauche Television    Case No. 22-11457



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Rive Gauche Television                                    Case No.  22-11457



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Rive Gauche Television

Case No. 22-11457



PageThree



PageFour



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

RIVE GAUCHE INTERNATIONAL TELEVISIO
(TRUST ACCOUNT)
STE 11 587
15030 VENTURA BLVD
SHERMAN OAKS, CA  91403

## Business Advantage

### Customer service information

Customer service: 1.888.852.5000

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for May 1, 2025 to May 31, 2025                                    Account number:          1202

**RIVE GAUCHE INTERNATIONAL TELEVISIO      (TRUST ACCOUNT)**

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2025 | -$3,956.50 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on May 31, 2025** | **-$3,956.50** |

\# of deposits/credits: 0

\# of withdrawals/debits: 0

\# of items-previous cycle[1]: 0

\# of days in cycle: 31

Average ledger balance: -$3,956.50

[1]Includes checks paid, deposited items and other debits



We know you can bank anywhere.
Thank you for choosing us.

SSM-07-24-0467A | 6024375

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender





**Your checking account**

RIVE GAUCHE INTERNATIONAL TELEVISIO  |  Account        1202  |  May 1, 2025 to May 31, 2025

## Daily ledger balances

| Date | Balance ($) |
|------|-------------|
| 05/01 | -3,956.50 |



**Security tips**

### Tips to help protect yourself from trending scams:

- Do not be pressured to act quickly - it could be an imposter trying to steal your money.
- If asked to transfer money unexpectedly, use caution - it could be a scam.
- Never grant remote access or download apps at the request of someone you do not know.

**Learn more about trending scams.**
**Scan the code or visit bofa.com/HelpProtectYourself.**

When you use the QRC feature, certain information is collected from your mobile device
for business purposes.



SSM-10-24-0281.A | 6172088

RIVE GAUCHE INTERNATIONAL TELEVISIO   |   Account     |   May 2019 to May 31, 2025

This page intentionally left blank

# CITY NATIONAL BANK

## AN RBC COMPANY

Page 1        (0)

**Account #:**        5370

This statement: May 30, 2025
Last statement: April 30, 2025

**Contact us:**
800-773-7100

Glendale Banking Office
550 N. Brand Blvd  Suite 100
Glendale, CA    91203

430                              0830K

RIVE GAUCHE TELEVISION
DIP CASE NO. 1:22-BK-11457-VK
(SEGRGATED HOLDINGS)
15030 VENTURA BLVD SUITE 587
SHERMAN OAKS CA  91403

cnb.com

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 5370 | Beginning balance  (4/30/2025) | | $45.34 |
| Minimum balance | $45.34 | | | |
| Average balance | $45.34 | Credits | + $0.00 | |
| Avg. collected balance | $45.00 | | | |
| | | Debits | - $0.00 | |
| | | Ending balance  (5/30/2025) | | $45.34 |

** No activity this statement period **

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Glendale Banking Office



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE.  IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT.  ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.  1. Tell us your name and account number.  2. The dollar amount of the suspected error.  3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



# CITY NATIONAL BANK

**AN RBC COMPANY**

Page 1          (0)

**Account #:**          5362

This statement: **May 30, 2025**
Last statement: **April 30, 2025**

**Contact us:**
800-773-7100

Glendale Banking Office
550 N. Brand Blvd  Suite 100
Glendale, CA    91203

430                                    0830K

RIVE GAUCHE TELEVISION
DIP CASE NO. 1:22-BK-11457-VK
(T)
15030 VENTURA BLVD SUITE 587
SHERMAN OAKS CA  91403

cnb.com

---

## Interest Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 5362 | Beginning balance  (4/30/2025) | | $0.00 |
| Minimum balance | $0.00 | | | |
| Average balance | $0.00 | Credits | + $0.00 | |
| Avg. collected balance | $0.00 | Debits | - $0.00 | |
| | | Ending balance  (5/30/2025) | | $0.00 |

### ** No activity this statement period **

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Thank you for banking with Glendale Banking Office**



**CITY NATIONAL BANK**

AN RBC COMPANY

PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



EQUAL HOUSING LENDER

# CITY NATIONAL BANK

## AN RBC COMPANY

**Page 1**       **(0)**

**Account #:**       5354

This statement: May 30, 2025
Last statement: April 30, 2025

**Contact us:**
800-773-7100

Glendale Banking Office
550 N. Brand Blvd  Suite 100
Glendale, CA    91203

430                          0830K

RIVE GAUCHE TELEVISION
DIP CASE NO. 1:22-BK-11457-VK
(PAYROLL)
15030 VENTURA BLVD SUITE 587
SHERMAN OAKS CA  91403

cnb.com

---

## Checking Account

| Account Summary | | Account Activity | |
|---|---|---|---|
| Account number | 5354 | Beginning balance  (4/30/2025) | $75,000.00 |
| Minimum balance | $75,000.00 | | |
| Average balance | $75,000.00 | Credits | + $0.00 |
| Avg. collected balance | $75,000.00 | | |
| | | Debits | - $0.00 |
| | | Ending balance  (5/30/2025) | $75,000.00 |

### ** No activity this statement period **

---

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



# CITY NATIONAL BANK

## AN RBC COMPANY

**Account #:**        5141

This statement: May 30, 2025
Last statement: April 30, 2025

**Contact us:**
800-773-7100

Glendale Banking Office
550 N. Brand Blvd  Suite 100
Glendale, CA      91203

430                                    0830K

RIVE GAUCHE TELEVISION
DIP CASE NO. 1:22-BK-11457-VK
15030 VENTURA BLVD SUITE 587
SHERMAN OAKS CA  91403

cnb.com

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 5141 | Beginning balance (4/30/2025) | | $1,098,661.97 |
| Minimum balance | $1,014,362.54 | | | |
| Average balance | $1,081,708.22 | **Credits** Deposits    (0) | + 0.00 | |
| Avg. collected balance | $1,081,708.00 | Electronic cr (3) | + 48,993.90 | |
| | | Other credits (0) | + 0.00 | |
| | | **Total credits** | | + $48,993.90 |
| | | **Debits** Checks paid (0) | - 0.00 | |
| | | Electronic db (29) | - 93,453.58 | |
| | | Other debits (16) | - 39,839.75 | |
| | | **Total debits** | | - $133,293.33 |
| | | **Ending balance (5/30/2025)** | | $1,014,362.54 |

## ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 5-1 | Incoming Wire-Dom | 4,929.42 |
| 5-1 | Incoming Wire-Intl | 43,939.48 |
| 5-5 | Incoming Wire-Dom | 125.00 |

## ELECTRONIC DEBITS

| Date | Description | Debits |
|---|---|---|
| 5-1 | Preauthorized Debit PAYPAL TRANSFER WEB AFTERSHOCK COM ADD TO BALANCE | 3,094.00 |
| 5-2 | Preauthorized Debit ADP PAYROLL FEES ADP FEES 450064712465 689157333RIVE GAUC CCD | 227.40 |
| 5-7 | Preauthorized Debit ROBERT HALF, INC INTERNET 043000095807714 140031000003848097 CCD | 3,263.60 |
| 5-9 | Preauthorized Debit ADP PAYROLL FEES ADP FEES 930637978518 689656321RIVE GAUC CCD | 123.40 |
| 5-9 | Online Wire Out-Dom | 10,000.00 |
| 5-12 | Preauthorized Debit T-MOBILE PCS SVC WEB RIVE GAUCHE T 3219924 | 391.96 |
| 5-13 | Preauthorized Debit 75141RIVE GAUCHE CORP PAY ACH OFFSET RIVE GA CCD | 855.08 |
| 5-13 | Preauthorized Debit 75141RIVE GAUCHE CORP PAY ACH OFFSET RIVE GA CCD | 1,500.00 |
| 5-13 | Online Wire Out-Intl | 6,281.91 |
| 5-14 | Preauthorized Debit ADP PAY-BY-PAY PAY-BY-PAY 521076656492BO9 RIVE GAUCHE TELEVI CCD | 30.71 |
| 5-14 | Preauthorized Debit ADP TAX ADP TAX RVBO9 051509A01 RIVE GAUCHE TELEVI CCD | 1,329.06 |
| 5-14 | Preauthorized Debit ADP WAGE PAY WAGE PAY 521076656491BO9 RIVE GAUCHE TELEVI CCD | 3,156.36 |
| 5-14 | Preauthorized Debit ROBERT HALF, INC INTERNET 043000094940680 140031000003849564 CCD | 3,263.60 |

# CITY NATIONAL BANK

## AN RBC COMPANY

RIVE GAUCHE TELEVISION                          Page 2
May 30, 2025                                    Account #:      5141

## ELECTRONIC DEBITS (Continued)

| Date | Description | Debits |
|------|-------------|-------:|
| 5-15 | Preauthorized Debit PAYPAL TRANSFER WEB AFTERSHOCK COM ADD TO BALANCE | 3,100.00 |
| 5-16 | Preauthorized Debit OTTERA INC. SALE RIVE GAUCHE TELEVI CCD | 4,692.97 |
| 5-19 | Preauthorized Debit 75141RIVE GAUCHE CORP PAY ACH OFFSET RIVE GA CCD | 10,000.00 |
| 5-21 | Preauthorized Debit ROBERT HALF, INC INTERNET 043000094509422 | |
| | 140031000003851112 CCD | 3,263.60 |
| 5-22 | Preauthorized Debit 75141RIVE GAUCHE PAYROLL ACH OFFSET RIVE GA CCD | 11,475.00 |
| 5-23 | Preauthorized Debit ADP PAYROLL FEES ADP FEES 931237247692 690875359RIVE GAUC | |
| | CCD | 123.40 |
| 5-28 | Preauthorized Debit 75141RIVE GAUCHE CORP PAY ACH OFFSET RIVE GA CCD | 1,584.70 |
| 5-28 | Preauthorized Debit PAYPAL TRANSFER WEB AFTERSHOCK COM ADD TO BALANCE | 2,687.00 |
| 5-28 | Preauthorized Debit 75141RIVE GAUCHE PAYROLL ACH OFFSET RIVE GA CCD | 3,262.00 |
| 5-28 | Preauthorized Debit SANTA MONICA VID SALE RIVE GAUCHE TELEVI CCD | 5,133.50 |
| 5-29 | Preauthorized Debit ADP PAY-BY-PAY PAY-BY-PAY 655094131588BO9 RIVE GAUCHE | |
| | TELEVI CCD | 30.71 |
| 5-29 | Preauthorized Debit ADP TAX ADP TAX RVBO9 053010A01 RIVE GAUCHE TELEVI CCD | 1,329.06 |
| 5-29 | Preauthorized Debit ADP WAGE PAY WAGE PAY 655094131587BO9 RIVE GAUCHE TELEVI | |
| | CCD | 3,156.36 |
| 5-29 | Online Wire Out-Intl | 3,648.90 |
| 5-29 | Online Wire Out-Intl | 6,390.30 |
| 5-30 | Preauthorized Debit QUARTERLY FEE PAYMENT 0000 RIVE GAUCHE TELEVI CCD | 59.00 |

## OTHER DEBITS

| Date | Description | Reference | Debits |
|------|-------------|-----------|-------:|
| 5-1 | Service Charge INCOMING WIRE-DOM | | 15.00 |
| 5-1 | Service Charge INCOMING WIRE-INTL | | 15.00 |
| 5-1 | Account Transfer Dr. TO ACC 00430675184 AFTERSHOCK COMICS, LLC | | 7,500.00 |
| 5-5 | Service Charge INCOMING WIRE-DOM | | 15.00 |
| 5-9 | Service Charge B STE BAS WIRE-DOM | | 15.00 |
| 5-12 | Account Transfer Dr. TO ACC 00430675184 AFTERSHOCK COMICS, LLC | | 32,000.00 |
| 5-13 | Service Charge B STE BAS WIRE-INT | | 25.00 |
| 5-16 | Service Charge ONLINE ACH ORIG CR EDIT ON US FOR 04/25 | | .25 |
| 5-16 | Service Charge ONLINE ACH ORIG CR ED TRANSIT FOR 04/25 | | 4.50 |
| 5-16 | Service Charge BUS SUITE BAS ACH MAINTENANCE FOR 04/25 | | 15.00 |
| 5-16 | Service Charge BUS SUITE BAS WIRE MAINTENANCE FOR 04/25 | | 15.00 |
| 5-16 | Service Charge BUS SUITE BAS MAIN T (ACCTS 1-5) FOR 04/25 | | 40.00 |
| 5-16 | Service Charge BUS SUITE BAS MAIN T (ADD'L ACCTS) FOR 04/25 | | 50.00 |
| 5-16 | Service Charge ACH FILE INPUT FOR 04/25 | | 80.00 |
| 5-29 | Service Charge B STE BAS WIRE-INT | | 25.00 |
| 5-29 | Service Charge B STE BAS WIRE-INT | | 25.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|------|-------:|
| 4-30 | 1,098,661.97 | 5-9 | 1,123,387.47 | 5-16 | 1,066,556.07 | 5-28 | 1,029,026.87 |
| 5-1 | 1,136,906.87 | 5-12 | 1,090,995.51 | 5-19 | 1,056,556.07 | 5-29 | 1,014,421.54 |
| 5-2 | 1,136,679.47 | 5-13 | 1,082,333.52 | 5-21 | 1,053,292.47 | 5-30 | 1,014,362.54 |
| 5-5 | 1,136,789.47 | 5-14 | 1,074,553.79 | 5-22 | 1,041,817.47 | | |
| 5-7 | 1,133,525.87 | 5-15 | 1,071,453.79 | 5-23 | 1,041,694.07 | | |



**CITY NATIONAL BANK**

AN RBC COMPANY

RIVE GAUCHE TELEVISION                    Page 3
May 30, 2025                              **Account #:**      5141

## OVERDRAFT/RETURN ITEM FEES

|  | Total for<br>this period | Total<br>year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



## CITY NATIONAL BANK

AN RBC COMPANY

PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE.  IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT.  ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.  1. Tell us your name and account number.  2. The dollar amount of the suspected error.  3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



EQUAL HOUSING
L E N D E R