# UNITED STATES BANKRUPTCY COURT

CENTRAL  DISTRICT OF  CALIFORNIA

San Fernando Valley Division

| | | |
|---|---|---|
| In Re. Aftershock Comics, LLC | § | Case No.  22-11456 |
| | § | |
| | § | Lead Case No.  22-11456 |
| Debtor(s) | § | |

⊠ Jointly Administered

## Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 06/30/2025                Petition Date: 12/19/2022

Months Pending: 31                    Industry Classification: 5 1 1 1

Reporting Method:          Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                    10

Debtor's Full-Time Employees (as of date of order for relief):        14

### Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jonathan Kramer
Signature of Responsible Party

08/31/2025
Date

Jonathan Kramer
Printed Name of Responsible Party

15030 Ventura Blvd. #587, Sherman Oaks, CA 91403
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

San Fernando Valley Division

| In Re. Aftershock Comics, LLC | § | Case No. 22-11456 |
| | § | |
| _____ | § | Lead Case No. 22-11456 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

| Reporting Period Ended: 06/30/2025 | Petition Date: 12/19/2022 |
| Months Pending: 31 | Industry Classification: 5 1 1 1 1 |
| Reporting Method: | Accrual Basis ○    Cash Basis ⦿ |
| Debtor's Full-Time Employees (current): | 10 |
| Debtor's Full-Time Employees (as of date of order for relief): | 14 |

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jonathan Kramer
Signature of Responsible Party

Jonathan Kramer
Printed Name of Responsible Party

08/31/2025
Date

15030 Ventura Blvd. #587, Sherman Oaks, CA 91403
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

1

UST Form 11-MOR (12/23/2022)

Debtor's Name  Aftershock Comics, LLC                                    Case No.  22-11456

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $9,554 | |
| b.  Total receipts (net of transfers between accounts) | $158,677 | $3,580,008 |
| c.  Total disbursements (net of transfers between accounts) | $156,493 | $3,323,020 |
| d.  Cash balance end of month (a+b-c) | $11,738 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $156,493 | $3,323,020 |

$129,600 of transfers from RGTV to Aftershock.

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $33,951 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory    (Book ⦿   Market ◯   Other ◯    (attach explanation)) | $2,231,272 |
| d  Total current assets | $11,738 |
| e.  Total assets | $33,820,224 |
| f.  Postpetition payables (excluding taxes) | $145,922 |
| g.  Postpetition payables past due (excluding taxes) | $119,986 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $145,922 |
| k.  Prepetition secured debt | $16,785,928 |
| l.  Prepetition priority debt | $8,004 |
| m.  Prepetition unsecured debt | $10,168,226 |
| n.  Total liabilities (debt) (j+k+l+m) | $27,108,080 |
| o.  Ending equity/net worth (e-n) | $6,712,143 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $158,677 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $158,677 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $156,493 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

Debtor's Name  Aftershock Comics, LLC

Case No.  22-11456

## Part 5:  Professional Fees and Expenses

|    |    |    | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|----|----|----|----|----|----|----|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |    | $0 | $26,500 | $0 | $26,500 |
|    | *Itemized Breakdown by Firm* |    |    |    |    |    |
|    | Firm Name | Role |    |    |    |    |
| i | LNBYG | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | Sacker Entertainment Law, PC | Special Counsel | $0 | $16,500 | $0 | $16,500 |
| iii | Exceptional Leaders Int'l | Financial Professional | $0 | $10,000 | $0 | $10,000 |
| iv | Michael V. Bales, Esq. | Special Counsel | $0 | $0 | $0 | $0 |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

Debtor's Name  Aftershock Comics, LLC                                    Case No.  22-11456

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name Aftershock Comics, LLC                                    Case No.  22-11456

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Aftershock Comics, LLC                                    Case No.  22-11456

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Aftershock Comics, LLC                                    Case No.  22-11456

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/23/2022)                                    7

Debtor's Name  Aftershock Comics, LLC                                          Case No.  22-11456

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)          Yes ○   No ●

b. Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)                                  Yes ○   No ●

c. Were any payments made to or on behalf of insiders?                               Yes ●   No ○

d. Are you current on postpetition tax return filings?                               Yes ○   No ●

e. Are you current on postpetition estimated tax payments?                           Yes ●   No ○

f. Were all trust fund taxes remitted on a current basis?                            Yes ●   No ○

g. Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)                                                          Yes ○   No ●

h. Were all payments made to or on behalf of professionals approved by
the court?                                                                          Yes ○   No ○   N/A ●

i. Do you have:          Worker's compensation insurance?                            Yes ●   No ○

                         If yes, are your premiums current?                          Yes ●   No ○   N/A ○   (if no, see Instructions)

                         Casualty/property insurance?                               Yes ●   No ○

                         If yes, are your premiums current?                          Yes ●   No ○   N/A ○   (if no, see Instructions)

                         General liability insurance?                               Yes ●   No ○

                         If yes, are your premiums current?                          Yes ●   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?                           Yes ●   No ○

k. Has a disclosure statement been filed with the court?                             Yes ●   No ○

l. Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?                                                   Yes ●   No ○

Debtor's Name  Aftershock Comics, LLC                                    Case No.  22-11456

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/ eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Jonathan Kramer                                    Jonathan Kramer
Signature of Responsible Party                        Printed Name of Responsible Party

Chief Executive Officer                               08/08/2025
Title                                                 Date

Debtor's Name Aftershock Comics

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⊙ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⊙ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/co/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.

| | |
|---|---|
| /s/ Jonathan Kramer | Jonathan Kramer |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Executive Officer | 08/08/2025 |
| Title | Date |

**ASC**

| | Post-Petition Payables (Recouped Royalties; Employees) | Post-Petition Payables Past Due (Recouped Royalties; Employees) | Post-Petition Taxes Payable | Post-Petition Taxes Past Due | Post-Petition Income Taxes Accrued | Postpetition income taxes paid | Payroll Taxes Paid | Property and Other Taxes Paid | AR | AR over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec-22 | 27,382 | 0 | 3,241 | 0 | 0 | 0 | 2,217 | 0 | 35,928 | 28,001 |
| Jan-23 | 130,240 | 0 | 9,123 | 0 | 0 | 0 | 9,123 | 0 | 28,421 | 28,421 |
| Feb-23 | 71,593 | 0 | 4,624 | 0 | 0 | 0 | 4,624 | 0 | 29,468 | 28,421 |
| Mar-23 | 85,545 | 6,892 | 4,302 | 0 | 0 | 0 | 4,302 | 0 | 31,121 | 28,421 |
| Apr-23 | 99,535 | 36,532 | 4,312 | 0 | 0 | 0 | 4,312 | 0 | 32,578 | 28,426 |
| May-23 | 83,508 | 51,823 | 4,285 | 0 | 0 | 0 | 4,285 | 0 | 34,099 | 28,426 |
| Jun-23 | 119,592 | 56,924 | 4,310 | 0 | 0 | 0 | 4,310 | 0 | 35,528 | 28,676 |
| Jul-23 | 95,921 | 65,583 | 4,266 | 0 | 0 | 0 | 4,266 | 3,482 | 35,538 | 28,657 |
| Aug-23 | 97,440 | 71,821 | 4,359 | 0 | 0 | 0 | 4,359 | 0 | 35,288 | 28,407 |
| Sep-23 | 71,847 | 74,921 | 4,438 | 0 | 0 | 0 | 4,438 | 0 | 35,388 | 35,288 |
| Oct-23 | 137,880 | 87,154 | 4,355 | 0 | 0 | 0 | 2,152 | 0 | 35,388 | 35,288 |
| Nov-23 | 228,108 | 94,564 | 5,476 | 0 | 0 | 0 | 2,203 | 0 | 35,402 | 35,288 |
| Dec-23 | 340,779 | 175,033 | 4,505 | 5,476 | 0 | 0 | 0 | 0 | 41,380 | 35,388 |
| Jan-24 | 429,791 | 304,302 | 3,690 | 9,981 | 0 | 0 | 0 | 0 | 33,637 | 33,602 |
| Feb-24 | 515,512 | 350,778 | 4,267 | 13,671 | 0 | 0 | 1,483 | 0 | 33,595 | 33,602 |
| Mar-24 | 422,587 | 376,365 | 3,243 | 13,671 | 0 | 0 | 7,510 | 0 | 33,495 | 33,495 |
| Apr-24 | 447,730 | 412,763 | 2,272 | 13,671 | 0 | 0 | 2,272 | 0 | 33,495 | 33,495 |
| May-24 | 421,075 | 414,611 | 2,195 | 13,671 | 0 | 0 | 2,195 | 0 | 33,495 | 33,495 |
| Jun-24 | 453,621 | 419,969 | 1,837 | 13,671 | 0 | 0 | 1,837 | 0 | 36,410 | 33,495 |
| Jul-24 | 432,117 | 415,182 | 1,749 | 13,671 | 0 | 0 | 1,749 | 0 | 36,410 | 36,410 |
| Aug-24 | 440,581 | 427,904 | 1,791 | 13,671 | 0 | 0 | 1,791 | 719 | 36,901 | 36,410 |
| Sep-24 | 447,260 | 434,063 | 1,769 | 13,671 | 0 | 0 | 1,769 | 0 | 36,941 | 36,410 |
| Oct-24 | 453,127 | 445,303 | 7,179 | 13,671 | 0 | 0 | 7,179 | 0 | 37,356 | 36,410 |
| Nov-24 | 466,262 | 457,303 | 6,928 | 13,671 | 0 | 0 | 6,928 | 0 | 37,054 | 36,410 |
| Dec-24 | 468,651 | 457,303 | 7,056 | 13,671 | 0 | 0 | 7,056 | 0 | 36,614 | 36,410 |
| Jan-25 | 475,942 | 460,893 | 8,038 | 13,671 | 0 | 0 | 8,038 | 0 | 61,988 | 36,410 |
| Feb-25 | 473,815 | 464,671 | 7,051 | 13,671 | 0 | 0 | 7,051 | 0 | 36,760 | 36,235 |
| Mar-25 | 484,284 | 470,348 | 7,232 | 13,671 | 0 | 0 | 7,232 | 0 | 35,814 | 35,814 |
| Apr-25 | 471,192 | 462,335 | 7,089 | 13,671 | 0 | 800 | 7,089 | 88 | 48,895 | 36,335 |
| May-25 | 484,408 | 470,380 | 7,062 | 13,671 | 0 | 0 | 7,062 | 0 | 36,580 | 36,580 |
| Jun-25 | 732,845 | 474,627 | 6,948 | 13,671 | 0 | 0 | 6,948 | 29,758 | 36,580 | 36,580 |

|  | | Totals |
|---|---|---|
| **AfterShock Comics** | | |
| Business Meetings/Meals Reimbursements | | 17 |
| Insurance | | - |
| Health | | 8,162 |
| Office rent | | 400 |
| Tax and accounting | | 14,544 |
| **AfterShock  Salaries** | - | **421,048** |
| Ambassador Network - 100 Visits/month | | 20,320 |
| Sarah Pruett | | 7,920 |
| Gigi Williams | | 1,249 |
| Atom Freeman/Prana | | 2,400 |
| Anne Randulic (Sedgwick) | | 14,501 |
| Kelly Diodati termed 3.15.24 | | 15,000 |
| Teddy Leo - Associate/Assistant Editor termed 12.31.23 | | 10,333 |
| Lisa Moody | | - |
|  | | - |
|  | | - |
| **Scripted Film/Television Development** | | - |
| Dan Shires, VP UK (wire) | | 30,000 |
|  | | - |
| **Lee's Department** | | - |
|  | | - |
| Madelyn Starr  - Coordinator, Global Film & TV termed 12.6.23 | | 6,717 |
| David Sigurani (ach) | | 19,500 |
|  | | - |
| Max Zupanovic - Director, Film/TV | | 18,000 |
|  | | - |
| Jeff Ford | | - |
|  | | - |
| **Existing Headcount** | | 275,108 |
| Joe Pruett - termed 2.4.24 | | 34,533 |
| Katherine Jamison | | 12,500 |
| Lee Kramer, Amnesia Inc | | 50,075 |
| Marc Hammond termed 3.11.24 | | 12,500 |
| Brian Cunningham termed 3.8.24 | | 25,000 |
| Ryan Carroll | | 6,250 |
| Steve Rotterdam, Bonfire Agency LLC | | 33,750 |
| Jon Kramer Dist - ASC | | 100,500 |
|  | | |
| **Hourly Employees** | | |
| **Total Salaries** | - | 421,048 |
| Reimburements | | 23,124 |
| **Total** | | **444,172** |

Debtor's Name Aftershock Comics, LLC    Case No. 22-11456



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Aftershock Comics, LLC                                    Case No.  22-11456



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Aftershock Comics, LLC

Case No.  22-11456



PageThree



PageFour

# CITY NATIONAL BANK
## AN RBC COMPANY

Page 1        (0)

**Account #:**        5184

**This statement: June 30, 2025**
**Last statement: May 30, 2025**

**Contact us:**
800-773-7100

Glendale Banking Office
550 N. Brand Blvd  Suite 100
Glendale, CA      91203

430                          5830K
AFTERSHOCK COMICS, LLC
DIP CASE NO. CASE 1:22-BK-11456
15300 VENTURA BLVD SUITE 587
SHERMAN OAKS CA  91403

cnb.com

IMPORTANT: EFFECTIVE JULY 1, 2025, THE TREASURY MANAGEMENT SERVICES DISCLOSURE AND AGREEMENT (TMDA) HAS BEEN UPDATED. PLEASE REVIEW ONLINE AT CNB.COM/AGREEMENTS/TMDA. THE AGREEMENT INCLUDES UPDATES TO ACH, E-DEPOSIT, LOCKBOX, WIRE TRANSFER, AND OTHER SERVICES AS SUMMARIZED HERE: CNB.COM/TMDAUPDATES.

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 5184 | **Beginning balance (5/30/2025)** | | $9,554.31 |
| Minimum balance | $3,898.90 | | | |
| Average balance | $14,661.90 | **Credits** Deposits      (1) | + 37.00 | |
| Avg. collected balance | $14,658.00 | Electronic cr  (5) | + 11,844.63 | |
| | | Other credits (7) | + 146,795.61 | |
| | | **Total credits** | | + $158,677.24 |
| | | **Debits** Checks paid  (0) | - 0.00 | |
| | | Electronic db (30) | - 156,279.31 | |
| | | Other debits  (14) | - 214.00 | |
| | | **Total debits** | | - $156,493.31 |
| | | **Ending balance  (6/30/2025)** | | $11,738.24 |

## DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 6-27 | Deposit | | 37.00 |

## ELECTRONIC CREDITS

| Date | Description | Credits |
|---|---|---|
| 6-20 | Incoming Wire-Dom | 11,460.00 |
| 6-30 | Preauthorized Credit AMAZON MEXICO SERV PAYMENT INTL ACH USD/USD iat NTE*ADD*FCS002 41632 PAYMENT-NUM | 9.88 |
| 6-30 | Preauthorized Credit AMAZON.COM.CA ULC PAYMENT INTL ACH USD/USD iat NTE*ADD*FCS002 56022 PAYMENT-NUM | 23.07 |
| 6-30 | Preauthorized Credit AMAZON MEDIA EU S. PAYMENT INTL ACH USD/USD iat NTE*ADD*FCS002 15622 PAYMENT-NUM | 116.04 |
| 6-30 | Preauthorized Credit AMAZON.COM, INC. PAYMENTS FCS002974959962 AFTERSHOCK COMICS CCD | 235.64 |

**CITY NATIONAL BANK**

AN RBC COMPANY

AFTERSHOCK COMICS, LLC                    Page 2
June 30, 2025                             Account #:      5184

## OTHER CREDITS

| Date | Description | Reference | Credits |
|------|-------------|-----------|---------|
| 6-4 | ACH Return Item Cr. W/O 250602 | | 1,452.20 |
| 6-10 | Account Transfer Cr. FR ACC 00430675141 RIVE GAUCHE TELEVI SION | | 33,000.00 |
| 6-12 | Account Transfer Cr. FR ACC 00430675141 RIVE GAUCHE TELEVI SION | | 6,500.00 |
| 6-17 | ACH Return Item Cr. W/O 250613 | | 843.41 |
| 6-20 | Account Transfer Cr. FR ACC 00430675141 RIVE GAUCHE TELEVI SION | | 12,000.00 |
| 6-23 | Account Transfer Cr. FR ACC 00430675141 RIVE GAUCHE TELEVI SION | | 80,000.00 |
| 6-30 | Account Transfer Cr. FR ACC 00430675141 RIVE GAUCHE TELEVI SION | | 13,000.00 |

## ELECTRONIC DEBITS

| Date | Description | Debits |
|------|-------------|--------|
| 6-2 | Preauthorized Debit CALSAVERS ACH PAYROLL 3240297 200003 13079389 CCD | 181.25 |
| 6-2 | Preauthorized Debit UNITED HEALTHCAR EDI PAYMTS 130817633264 RIVE GAUCHE TELE CTX | 2,408.96 |
| 6-3 | Preauthorized Debit PUBLIC STORAGE I RENTAL PPD RIVE GAUCHE TE | 457.00 |
| 6-3 | Preauthorized Debit PUBLIC STORAGE I RENTAL PPD BLAKE STOCKER | 572.00 |
| 6-3 | Preauthorized Debit PUBLIC STORAGE I RENTAL PPD RIVE GAUCHE TE | 584.00 |
| 6-3 | Online Wire Out-Dom | 1,437.20 |
| 6-6 | Preauthorized Debit ADP PAYROLL FEES ADP FEES 926338604016 691985510AFTERSHOC CCD | 276.38 |
| 6-10 | Online Wire Out-Dom | 68.37 |
| 6-10 | Online Wire Out-Dom | 13,491.21 |
| 6-11 | Preauthorized Debit 75184AFTERSHOC PAYROLL ACH OFFSET AFTERSH CCD | 843.41 |
| 6-11 | Preauthorized Debit 75184AFTERSHOC PAYROLL ACH OFFSET AFTERSH CCD | 6,025.00 |
| 6-11 | Preauthorized Debit 75184AFTERSHOC PAYROLL ACH OFFSET AFTERSH CCD | 6,500.00 |
| 6-13 | Preauthorized Debit 75184AFTERSHOC CORP PAY ACH OFFSET AFTERSH CCD | 7,500.00 |
| 6-13 | Online Wire Out-Dom | 843.41 |
| 6-16 | Preauthorized Debit CALSAVERS ACH PAYROLL 3285864 200003 13079389 CCD | 181.25 |
| 6-16 | Preauthorized Debit MARION PUBLIC RE SALE AFTERSHOCK COMICS CCD | 5,000.00 |
| 6-20 | Bsuite Book Trans-Db | 3,540.00 |
| 6-20 | Preauthorized Debit ADP PAYROLL FEES ADP FEES 928237827802 693159716AFTERSHOC CCD | 276.38 |
| 6-20 | Online Wire Out-Dom | 11,460.00 |
| 6-23 | Online Wire Out-Dom | 11,460.00 |
| 6-24 | Preauthorized Debit FRANCHISE TAX BO PAYMENTS 120360963 PM AFTERSHO CCD | 11,277.60 |
| 6-24 | Preauthorized Debit IRS USATAXPYMT 223557550252898 AFTERSHOCK COMICS CCD | 18,480.00 |
| 6-25 | Online Wire Out-Dom | 87.49 |
| 6-25 | Online Wire Out-Dom | 13,241.15 |
| 6-26 | Preauthorized Debit 75184AFTERSHOC PAYROLL ACH OFFSET AFTERSH CCD | 5,805.00 |
| 6-26 | Online Wire Out-Intl | 3,644.64 |
| 6-26 | Online Wire Out-Intl | 11,015.85 |
| 6-27 | Preauthorized Debit ADP PAYROLL FEES ADP FEES 932137159769 693550395AFTERSHOC CCD | 210.80 |
| 6-30 | Preauthorized Debit UNITED HEALTHCAR EDI PAYMTS 130817646787 RIVE GAUCHE TELE CTX | 2,408.96 |
| 6-30 | Preauthorized Debit 75184AFTERSHOC PAYROLL ACH OFFSET AFTERSH CCD | 17,002.00 |

## OTHER DEBITS

| Date | Description | Reference | Debits |
|------|-------------|-----------|--------|
| 6-3 | Service Charge B STE BAS WIRE-DOM | | 15.00 |
| 6-4 | Service Charge ACH RETURN ITEM CR | | 12.00 |
| 6-10 | Service Charge B STE BAS WIRE-DOM | | 15.00 |
| 6-10 | Service Charge B STE BAS WIRE-DOM | | 15.00 |
| 6-13 | Service Charge B STE BAS WIRE-DOM | | 15.00 |





AFTERSHOCK COMICS, LLC                     Page 3
June 30, 2025                              **Account #:**      5184

## OTHER DEBITS (Continued)

| Date | Description | Reference | Debits |
|------|-------------|-----------|--------|
| 6-17 | Service Charge ACH RETURN ITEM CR | | 12.00 |
| 6-20 | Service Charge INCOMING WIRE-DOM | | 15.00 |
| 6-20 | Service Charge BSUITE BOOK XFR-DB | | 5.00 |
| 6-20 | Service Charge B STE BAS WIRE-DOM | | 15.00 |
| 6-23 | Service Charge B STE BAS WIRE-DOM | | 15.00 |
| 6-25 | Service Charge B STE BAS WIRE-DOM | | 15.00 |
| 6-25 | Service Charge B STE BAS WIRE-DOM | | 15.00 |
| 6-26 | Service Charge B STE BAS WIRE-INT | | 25.00 |
| 6-26 | Service Charge B STE BAS WIRE-INT | | 25.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 5-30 | 9,554.31 | 6-10 | 24,473.14 | 6-17 | 4,896.48 | 6-26 | 17,938.37 |
| 6-2 | 6,964.10 | 6-11 | 11,104.73 | 6-20 | 13,045.10 | 6-27 | 17,764.57 |
| 6-3 | 3,898.90 | 6-12 | 17,604.73 | 6-23 | 81,570.10 | 6-30 | 11,738.24 |
| 6-4 | 5,339.10 | 6-13 | 9,246.32 | 6-24 | 51,812.50 | | |
| 6-6 | 5,062.72 | 6-16 | 4,065.07 | 6-25 | 38,453.86 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|------|-----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Thank you for banking with Glendale Banking Office



CITY NATIONAL BANK
AN RBC COMPANY

PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



# CITY NATIONAL BANK

## AN RBC COMPANY

Page 1          (0)

**Account #:**          5311

**This statement: June 30, 2025**
**Last statement: May 30, 2025**

**Contact us:**
800-773-7100

Glendale Banking Office
550 N. Brand Blvd  Suite 100
Glendale, CA      91203

430                                            5830K
AFTERSHOCK COMICS, LLC
DIP CASE NO. CASE 1:22-BK-11456 (PAYROLL
15300 VENTURA BLVD SUITE 587
SHERMAN OAKS CA 91403

cnb.com

IMPORTANT: EFFECTIVE JULY 1, 2025, THE TREASURY MANAGEMENT SERVICES DISCLOSURE AND AGREEMENT (TMDA) HAS BEEN UPDATED. PLEASE REVIEW ONLINE AT CNB.COM/AGREEMENTS/TMDA. THE AGREEMENT INCLUDES UPDATES TO ACH, E-DEPOSIT, LOCKBOX, WIRE TRANSFER, AND OTHER SERVICES AS SUMMARIZED HERE: CNB.COM/TMDAUPDATES.

## Checking Account

**Account Summary**

| | |
|---|---|
| Account number | 5311 |
| Minimum balance | $0.00 |
| Average balance | $0.00 |
| Avg. collected balance | $0.00 |

**Account Activity**

| | | |
|---|---|---|
| Beginning balance (5/30/2025) | | $0.00 |
| Credits | + $0.00 | |
| Debits | - $0.00 | |
| Ending balance  (6/30/2025) | | $0.00 |

\*\* No activity this statement period \*\*

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Thank you for banking with Glendale Banking Office



**CITY NATIONAL BANK**

**AN RBC COMPANY**

PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC



## CITY NATIONAL BANK

### AN RBC COMPANY

Page 1          (0)

**Account #:**          5346

**This statement: June 30, 2025**
**Last statement: May 30, 2025**

**Contact us:**
800-773-7100

Glendale Banking Office
550 N. Brand Blvd  Suite 100
Glendale, CA      91203

430                                    5830K
**AFTERSHOCK COMICS, LLC**
**DIP CASE NO. CASE 1:22-BK-11456 (T-ACCT)**
**15300 VENTURA BLVD SUITE 587**
**SHERMAN OAKS CA 91403**

cnb.com

IMPORTANT: EFFECTIVE JULY 1, 2025, THE TREASURY MANAGEMENT SERVICES DISCLOSURE AND AGREEMENT (TMDA) HAS BEEN UPDATED.  PLEASE REVIEW ONLINE AT CNB.COM/AGREEMENTS/TMDA.  THE AGREEMENT INCLUDES UPDATES TO ACH, E-DEPOSIT, LOCKBOX, WIRE TRANSFER, AND OTHER SERVICES AS SUMMARIZED HERE: CNB.COM/TMDAUPDATES.

### Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 5346 | Beginning balance (5/30/2025) | | $0.00 |
| Minimum balance | $0.00 | | | |
| Average balance | $0.00 | Credits | + $0.00 | |
| Avg. collected balance | $0.00 | Debits | - $0.00 | |
| | | Ending balance  (6/30/2025) | | $0.00 |

** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Thank you for banking with Glendale Banking Office



**CITY NATIONAL BANK**

AN RBC COMPANY

PLEASE EXAMINE THIS STATEMENT AND ENCLOSED ITEMS AT ONCE. IF NO ERROR IS REPORTED WITHIN 30 DAYS, THIS STATEMENT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

IN CASE OF ERRORS OR QUESTIONS REGARDING ELECTRONIC TRANSFERS ON CHECKING OR SAVING ACCOUNTS

Contact us at the telephone number or address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. 1. Tell us your name and account number. 2. The dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits (e.g. Social Security) made to your consumer account at least once every sixty days from the same person or company, you can call us (the phone number is on the front of this statement) to find out whether the deposit has been made.

We suggest you retain this statement for your record.

Member FDIC

